HENNIGAN, BENNETT & DORMAN LLP
RODERICK G. DORMAN (SBN 96908)
dormanr@hbdlawyers.com
ALAN P. BLOCK (SBN 143783)
blocka@hbdlawyers.com
MARC MORRIS (SBN 183728)
morrism@hbdlawyers.com
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Fax: (213) 694-1234

Attorneys for Plaintiff
SPEEDTRACK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPEEDTRACK, INC.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC.; COSTCO WHOLESALE CORPORATION; 1-800-FLOWERS.COM, INC.; BARNESANDNOBLE.COM, LLC; BARNESANDNOBLE.COM, INC.; THE HOME DEPOT, INC.; NIKE, INC.; NORTHERN TOOL & EQUIPMENT CATALOG CO., INC.; J & R ELECTRONICS, INC.; DELL, INC.; BEST BUY CO.; BEST BUY.COM, LLC; SYSTEMAX, INC.; OFFICEMAX, INC.; MACY'S, INC.; MACYS.COM, INC.; OVERSTOCK.COM, INC.; RECREATIONAL EQUIPMENT, INC.; VALUE VISION INTERNATIONAL, INC., DBA SHOPNBC.COM; B &H FOTO & ELECTRONICS CORP.; HEWLETT-PACKARD COMPANY; REDCATS USA, INC.; RETAIL CONVERGENCE, INC., DBA SMARTBARGAINS.COM,<br><br>　　　　Defendants. | Case No. 09-CV-04479-JSW<br><br>**STIPULATION TO EXTEND DATE FOR DEFENDANT AMAZON.COM, INC. TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>[LOCAL RULE 6-1(A)] |

Case No. 09-CV-04479-JSW                                                     STIPULATION TO EXTEND DATE FOR
                                                                             AMAZON.COM, INC. TO RESPOND TO COMPLAINT

1  WHEREAS Plaintiff SpeedTrack, Inc. has served its Complaint on Defendant Amazon.com,
2  Inc. ("Amazon") on October 2, 2009;
3  WHEREAS the date on which Amazon would be required to respond to SpeedTrack's
4  Complaint is October 22, 2009;
5  WHEREAS Amazon has requested an extension of time to respond to SpeedTrack's
6  Complaint, and SpeedTrack has agreed to a 30-day extension to November 23, 2009; and
7  WHEREAS Amazon's request for an extension is not made for the purpose of delay;
8  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties through
9  their respective counsel of record, THAT:
10  Amazon shall have up to and including November 23, 2009 to file and serve its answer or
11  otherwise respond to SpeedTrack's Complaint.
12  SO STIPULATED.

DATED: 10/14/09

HENNIGAN, BENNETT & DORMAN LLP

By _____
Roderick G. Dorman
Alan P. Block
Marc Morris

Attorneys for Plaintiff
SpeedTrack, Inc.

DATED: 10/14/09

AMAZON.COM, INC.

By _____
Kathryn Sheehan
(SBN 223339)

Attorneys for Defendant
Amazon.com, Inc.

# PROOF OF SERVICE

STATE OF CALIFORNIA,       )
                           )  SS.
COUNTY OF LOS ANGELES      )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 865 South Figueroa Street, Suite 2900, Los Angeles, California 90017.

On October 16, 2009, I served the foregoing document described as **PROOF OF SERVICE** on the interested parties in this action by placing the true copy(ies) thereof enclosed in sealed envelopes addressed as follows:

## PLEASE SEE ATTACHED SERVICE LIST

I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I caused said document to be transmitted electronically to the interested party at the email address stated on the attached service list.

Executed on October 16, 2009 at Los Angeles, California.

I declare that I am employed in the office of a member of this bar of this court at whose direction the service was made.

/S/ Carol Yuson
Carol Yuson

Case No. 09-CV-04479-JSW                                                  PROOF OF SERVICE

# SERVICE LIST

*Speedtrack, Inc. v. Amazon.com*
Case No. 09-CV-04479 JSW

| | |
|---|---|
| Stewart Kovar, Esq.<br>23 Park Row<br>New York, NY 10038<br>Email: sk@jr.com<br><br>**On behalf of Defendant, J&R Electronics Inc.** | Northern Tool & Equipment Catalog Company, Inc.<br>2800 Southcross Drive West<br>Burnsville, MN 55306 |
| Thomas E. Bejin<br>39533 Woodward Avenue<br>Bloomfield Hills, MI 48304<br>Tel: (248) 594-0608<br>Fax: (248) 594-0610<br>Email: teb@raderfishman.com<br><br>**On behalf of Defendant, ValueVision Media, Inc. dba ShopNBC.com** | Retail Convergence, Inc.<br>dba Smartbargains.com<br>c/o The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| B & H Foto Electronics Corp.<br>c/o B & H Foto Electronics Corp<br>Headquarters<br>420 9th Avenue<br>New York, NY 10001-1603 | Emmet J. McMahon<br>ROBINS, KAPLAN, MILLER & CIRESI LLP<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402<br>Tel: (612) 349-8500<br>Fax: (612) 339-4181<br>Email: ejmcmahon@rkmc.com<br><br>**On behalf of Defendants, Best Buy Co. and Best Buy.com LLC** |
| Lennie A. Bersh, Esq.<br>Greenberg Traurig<br>200 Park Avenue<br>P.O. Box 677<br>Florham Park, NJ 07932<br>T 973.360.7900<br>F 973.301.8410<br>Email: bershL@gtlaw.com<br><br>**On behalf of Defendant, Systemax, Inc.** | Peter K. Johnson, Esq.<br>Associate General Counsel<br>Overstock.com, Inc.<br>6350 South 3000 East<br>Salt Lake City, UT 84121<br>Tel: (801) 947-3780<br>Fax: (801) 947-3144<br>Email: pjohnson@overstock.com<br><br>**On behalf of Defendant Overstock.com, Inc.** |

| | |
|---|---|
| Karen Polyakov, Esq.<br>Counsel - Litigation<br>Home Depot USA, Inc.<br>3800 West Chapman Avenue<br>Orange, CA 92868<br>Tel: (714) 940-3622<br>Fax: (714) 940-5815<br><br>***On behalf of Defendant, The Home Depot, Inc.*** | Bridget Boyle<br>Executive Assistant to Bradley A. Feuer<br>Phone: (212) 633-4010;<br>Email: bboyle@bn.com<br><br>***On behalf of Defendant Barnesandnoble.com, Inc. and Barnesandnoble.com, LLC*** |
| Matias Ferrario, Esq.<br>KILPATRICK STOCKTON LLP<br>1001 West Fourth Street<br>Winston-Salem, NC 27101-2400<br>Tel: (336) 607-7475<br>Fax: (336) 734-2651<br><br>***On behalf of Defendant, Redcats USA, Inc.*** | 1-800-Flowers.com, Inc.<br>c/o The Corporation Trust Company<br>The Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Anthony F. Lo Cicero<br>AMSTER ROTHSTEIN & EBENSTEIN LLP<br>90 Park Avenue<br>New York, NY 10016<br>Email: EMar@fbm.com<br><br>***On behalf of Defendants Macy's Inc. and Macys.com*** | Michael J. Lyons<br>Morgan, Lewis & Bockius LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Ste 700<br>Palo Alto, CA 94306<br>Tel (650) 843-4000<br>Fax (650) 843-4001<br>Email: mlyons@morganlewis.com<br><br>***On behalf of Defendant, Hewlett-Packard Company*** |
| Ramsey M. Al-Salam, Esq.<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98101-3099<br>Tel: (206) 359-6385<br>Fax: (206) 359-7385<br>Email: ralsalam@perskincoie.com<br><br>***On behalf of Defendant, Costco Wholesale Corporation*** | John Letchinger, Esq.<br>WILDMAN HARROLD<br>225 West Wacker Drive<br>Suite 3000<br>Chicago, Illinois 60606<br>Tel: (312) 201-2698<br>Fax: (312) 416-4646<br>Email: letchinger@wildman.com<br><br>***On behalf of Defendant, OfficeMax*** |

Case No. 09-CV-04479-JSW    PROOF OF SERVICE

| | |
|---|---|
| Roderick M. Thompson<br>FARELLA BRAUN & MARTEL LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br><br>***On behalf of Defendant, Dell, Inc.*** | Kathryn Sheehan<br>Amazon.com, Inc.<br>1200 12th Avenue, South<br>Suite 1200<br>Seattle, WA 98144 |

Case No. 09-CV-04479-JSW                                                    PROOF OF SERVICE