**HENNIGAN, BENNETT & DORMAN LLP**
**RODERICK G. DORMAN (SBN 96908)**
dormanr@hbdlawyers.com
**ALAN P. BLOCK (SBN 143783)**
blocka@hbdlawyers.com
**MARC MORRIS (SBN 183728)**
morrism@hbdlawyers.com
**865 South Figueroa Street, Suite 2900**
**Los Angeles, California 90017**
**Telephone: (213) 694-1200**
**Fax: (213) 694-1234**

Attorneys for Plaintiff
SPEEDTRACK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPEEDTRACK, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AMAZON.COM, INC.; COSTCO WHOLESALE CORPORATION; 1-800-FLOWERS.COM, INC.; BARNESANDNOBLE.COM, LLC; BARNESANDNOBLE.COM, INC.; THE HOME DEPOT, INC.; NIKE, INC.; NORTHERN TOOL & EQUIPMENT CATALOG CO., INC.; J & R ELECTRONICS, INC.; DELL, INC.; BEST BUY CO.; BEST BUY.COM, LLC; SYSTEMAX, INC.; OFFICEMAX, INC.; MACY'S, INC.; MACYS.COM, INC.; DELL, INC.; RECREATIONAL EQUIPMENT, INC.; VALUE VISION INTERNATIONAL, INC., DBA SHOPNBC.COM; B &H FOTO & ELECTRONICS CORP.; HEWLETT-PACKARD COMPANY; REDCATS USA, INC.; RETAIL CONVERGENCE, INC., DBA SMARTBARGAINS.COM, <br><br> Defendants. | Case No. 09-CV-04479-JSW <br><br> **STIPULATED REQUEST FOR ORDER EXTENDING TIME FOR DEFENDANT DELL, INC. TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT AND ORDER THEREON** <br> **[CIVIL LOCAL RULE 6-2]** |

Case No. 09-CV-04479-JSW    STIPULATED REQUEST FOR ORDER EXTENDING DATE
FOR DELL TO RESPOND TO COMPLAINT

1      WHEREAS Plaintiff SpeedTrack, Inc. ("SpeedTrack") has served its Complaint on

2  Defendant Dell, Inc. ("Dell") on October 1, 2009;

3      WHEREAS the Plaintiff asserts that date on which Dell would be required to respond to

4  SpeedTrack's Complaint is October 21, 2009;

5      WHEREAS Dell has requested an extension of time to respond to SpeedTrack's Complaint;

6  and

7      WHEREAS, Plaintiff SpeedTrack, Inc. filed this action for infringement of SpeedTrack's

8  U.S. Patent No. 5,544,360 ("the '360 patent") on September 23, 2009;

9      WHEREAS, SpeedTrack previously filed the case of *SpeedTrack, Inc. v. Wal-Mart Stores,*

10 *Inc., et. al.*, Case No. 06-CV-07336-PJH ("the Wal-Mart Action") for infringement of the '360

11 patent on November 29, 2006;

12     WHEREAS, SpeedTrack previously filed another action, *SpeedTrack, Inc. v. Office Depot,*

13 *Inc., et. al*., Case No. 07-CV-03602-PJH ("the Office Depot Action"), also for infringement of the

14 '360 patent, on July 12, 2007;

15     WHEREAS, on October 10, 2007, the Court granted the Defendants' motion to stay the

16 Office Depot Action pending the resolution of the Wal-Mart Action and, whereas, the Office Depot

17 Action is currently stayed;

18     WHEREAS, on January 12, 2009, the United States Patent and Trademark Office granted the

19 Request for Reexamination of the '360 patent filed by Endeca Technologies, Inc.;

20     WHEREAS, on February 5, 2009, the Court granted the Defendants' motion to stay the Wal-

21 Mart Action pending the resolution of the reexamination of the '360 patent and, whereas the Wal-

22 Mart Action is currently stayed;

23     WHEREAS, in view of the above-recited circumstances, SpeedTrack has proposed to each

24 named Defendant in this action a stipulation to stay this litigation pending the resolution of both the

25 reexamination of the '360 patent-in-suit and the trial and/or final resolution in the trial court of the

26 Wal-Mart Action;

27     WHEREAS Dell is agreeable to a stipulation to stay this litigation pending the resolution of

28

-1-

Case No. 09-CV-04479-JSW                    STIPULATED REQUEST FOR ORDER EXTENDING DATE
                                                       FOR DELL TO RESPOND TO COMPLAINT

1  both the reexamination of the '360 patent-in-suit and the trial and/or final resolution in the trial court
2  of the Wal-Mart Action;
3  WHEREAS SpeedTrack represents that it will file a motion to stay this action pending the
4  resolution of both the reexamination of the '360 patent-in-suit and the trial and/or final resolution in
5  the trial court of the Wal-Mart Action if a stipulation to stay cannot be reached with each named
6  Defendant in this action, and Dell represents that it will not oppose such a motion;
7  WHEREAS Dell's request for an extension is not made for the purpose of delay;
8  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties through
9  their respective counsel of record, THAT:
10  The date by which Dell must answer or otherwise respond to SpeedTrack's Complaint shall
11  be extended as follows: If the Court grants a stay of this litigation, then Dell shall have 20 days to
12  answer or otherwise respond to SpeedTrack's Complaint from the date of the Court's order lifting
13  the stay. If the Court denies the request to stay or denies a motion for a stay, then Dell shall have 20
14  days to answer or otherwise respond from the date of the Court's order.
15  SO STIPULATED.

17  DATED: October 19, 2009         HENNIGAN, BENNETT & DORMAN LLP

19                                   By _____/S/ Alan P. Block_____
                                        Roderick G. Dorman
20                                      Alan P. Block
                                        Marc Morris

21                                   Attorneys for Plaintiff, SPEEDTRACK, INC.

22  DATED: October 19, 2009         FARELLA BRAUN + MARTEL LLP

24                                   By _____/S/ Eugene Y. Mar_____
                                        Roderick M. Thompson
25                                      Andrew Leibnitz
                                        Eugene Y. Mar

26                                   Attorneys for Defendant, DELL.COM, INC.

-2-

Case No. 09-CV-04479-EDL        STIPULATED REQUEST FOR ORDER EXTENDING DATE
                                FOR DELL TO RESPOND TO COMPLAINT

**ORDER**

The date by which Dell must answer or otherwise respond to SpeedTrack's Complaint shall be extended as follows: If the Court grants a stay of this litigation, then Dell shall have 20 days to answer or otherwise respond to SpeedTrack's Complaint from the date of the Court's order lifting the stay. If the Court denies the request to stay or denies a motion for a stay, then Dell shall have 20 days to answer or otherwise respond from the date of the Court's order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: October 20, 2009

*[signature: Jeffrey S. White]*

The Honorable Jeffrey White
United States District Court Judge