IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SpeedTrack, Inc.,

        Plaintiff,

v.

Amazon.com, Inc., et al.

        Defendant.

CASE NO. 09-CV-4479-JSW

~~(Proposed)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Matias Ferrario, whose business address and telephone number is

Kilpatrick Stockton LLP, 1001 West Fourth Street, Winston-Salem, NC 27101
Telephone: (336) 607-7475

and who is an active member in good standing of the bar of North Carolina having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Redcats USA, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: OCT 2 0 2009

                                                        /s/ Jeffrey White
                                          United States District Judge

E-filing