1  HENNIGAN, BENNETT & DORMAN LLP
   RODERICK G. DORMAN (SBN 96908)
2  dormanr@hbdlawyers.com
   ALAN P. BLOCK (SBN 143783)
3  blocka@hbdlawyers.com
   MARC MORRIS (SBN 183728)
4  morrism@hbdlawyers.com
   865 South Figueroa Street, Suite 2900
5  Los Angeles, California 90017
   Telephone: (213) 694-1200
6  Fax: (213) 694-1234

7  Attorneys for Plaintiff
   SPEEDTRACK, INC.
8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12 SPEEDTRACK, INC.,                          ) Case No. 09-CV-04479-JSW
                                              )
13              Plaintiff,                    ) **STIPULATED REQUEST FOR**
                                              ) **ORDER EXTENDING TIME FOR**
14       vs.                                  ) **DEFENDANT HEWLETT-**
                                              ) **PACKARD COMPANY TO**
15 AMAZON.COM, INC.; COSTCO                   ) **ANSWER OR OTHERWISE**
   WHOLESALE CORPORATION; 1-800-              ) **RESPOND TO THE COMPLAINT**
16 FLOWERS.COM, INC.;                         )
   BARNESANDNOBLE.COM, LLC;                   ) **[CIVIL LOCAL RULE 6-2]**
17 BARNESANDNOBLE.COM, INC.; THE              )
   HOME DEPOT, INC.; NIKE, INC.;              )
18 NORTHERN TOOL & EQUIPMENT                  )
   CATALOG CO., INC.; J & R ELECTRONICS,      )
19 INC.; DELL, INC.; BEST BUY CO.; BEST       )
   BUY.COM, LLC; SYSTEMAX, INC.;              )
20 OFFICEMAX, INC.; MACY'S, INC.;             )
   MACYS.COM, INC.; OVERSTOCK.COM,            )
21 INC.; RECREATIONAL EQUIPMENT, INC.;        )
   VALUE VISION INTERNATIONAL, INC.,          )
22 DBA SHOPNBC.COM; B &H FOTO &               )
   ELECTRONICS CORP.; HEWLETT-                )
23 PACKARD COMPANY; REDCATS USA,              )
   INC.; RETAIL CONVERGENCE, INC., DBA        )
24 SMARTBARGAINS.COM,                         )
                                              )
25              Defendants.                   )
                                              )
26                                            )

27

28

1  WHEREAS, Plaintiff SpeedTrack, Inc. ("SpeedTrack") filed this action for infringement of SpeedTrack's U.S. Patent No. 5,544,360 ("the '360 patent") on September 23, 2009;

WHEREAS, SpeedTrack has served its Complaint on Defendant Hewlett-Packard Company ("HP") on October 1, 2009;

WHEREAS, SpeedTrack and HP previously filed a stipulation under Local Rule 6-1(A) on October 21, 2009 (Docket No. 30) agreeing to extend the time for HP to answer or otherwise respond to SpeedTrack's Complaint by 30 days to November 20, 2009;

WHEREAS, SpeedTrack previously filed the case of *SpeedTrack, Inc. v. Wal-Mart Stores, Inc., et. al.*, Case No. 06-CV-07336-PJH ("the Wal-Mart Action") for infringement of the '360 patent on November 29, 2006;

WHEREAS, SpeedTrack previously filed another action, *SpeedTrack, Inc. v. Office Depot, Inc., et. al.*, Case No. 07-CV-03602-PJH ("the Office Depot Action"), also for infringement of the '360 patent, on July 12, 2007;

WHEREAS, on October 10, 2007, the Court stayed the Office Depot Action pending the resolution of the Wal-Mart Action and, whereas, the Office Depot Action is currently stayed;

WHEREAS, on January 12, 2009, the United States Patent and Trademark Office granted the Request for Reexamination of the '360 patent filed by Endeca Technologies, Inc.;

WHEREAS, on February 5, 2009, the Court stayed the Wal-Mart Action pending the resolution of the reexamination of the '360 patent and, whereas the Wal-Mart Action is currently stayed;

WHEREAS, the resolution of both the reexamination of the '360 patent and Wal-Mart Action may substantially narrow the issues involved in this action;

WHEREAS, in view of the above-recited circumstances, SpeedTrack has proposed to each named Defendant in this action a stipulation to stay this litigation until such time as both (i) the reexamination of the '360 patent is resolved and (ii) judgment in the Wal-Mart Action or an order dismissing the Wal-Mart Action is entered;

WHEREAS, HP is agreeable to a stipulation to stay this litigation pending both the resolution of the reexamination of the '360 patent-in-suit and the entry of a judgment or an order

-1-

Case No. 09-CV-04479-JSW
DB2/21402891.1

STIPULATED REQUEST FOR ORDER EXTENDING
DATE FOR HP TO RESPOND TO COMPLAINT

1 dismissing the Wal-Mart Action;

2 WHEREAS, SpeedTrack represents that it will file a motion to stay this action until such time as both (i) the reexamination of the '360 patent is resolved and (ii) judgment in the Wal-Mart Action or an order dismissing the Wal-Mart Action is entered if such a stipulation to stay cannot be reached with each named Defendant in this action, and HP represents that it will not oppose such a motion;

WHEREAS, HP has requested an extension of time to respond to SpeedTrack's Complaint until at least 21 days after the date of the Court's Order lifting any stay that may be granted in this action, without prejudice to HP seeking further extensions as appropriate;

WHEREAS, HP's request for an extension is not made for the purpose of delay;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties through their respective counsel of record, THAT:

The date by which HP must answer or otherwise respond to SpeedTrack's Complaint shall be extended as follows: If the Court grants a stay of this litigation, then HP shall have 21 days to answer or otherwise respond to SpeedTrack's Complaint from the date of the Court's order lifting the stay, without prejudice to HP seeking further extensions as appropriate. If the Court denies the request to stay or denies a motion for a stay, then HP shall have 21 days to answer or otherwise respond from the date of the Court's order, without prejudice to HP seeking further extensions as appropriate.

SO STIPULATED.

DATED: 11/2/09

HENNIGAN, BENNETT & DORMAN LLP

By _____
Roderick G. Dorman
Alan P. Block
Marc Morris

Attorneys for Plaintiff
SpeedTrack, Inc.

DATED:                                             MORGAN, LEWIS & BOCKIUS LLP

By _____
Michael J. Lyons

Attorneys for Defendant
Hewlett-Packard Company

## ORDER

The date by which HP must answer or otherwise respond to SpeedTrack's Complaint shall be extended as follows: If the Court grants a stay of this litigation, then HP shall have 21 days to answer or otherwise respond to SpeedTrack's Complaint from the date of the Court's order lifting the stay, without prejudice to HP seeking further extensions as appropriate. If the Court denies the request to stay or denies a motion for a stay, then HP shall have 21 days to answer or otherwise respond from the date of the Court's order, without prejudice to HP seeking further extensions as appropriate.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: November 2, 2009                           _____
Hon. Jeffrey White
United States District Judge

## PROOF OF SERVICE

STATE OF CALIFORNIA,      )
                          ) SS.
COUNTY OF LOS ANGELES     )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 865 South Figueroa Street, Suite 2900, Los Angeles, California 90017.

On November 2, 2009, I served the foregoing document described as **STIPULATED REQUEST FOR ORDER EXTENDING TIME FOR DEFENDANT HEWLETT-PACKARD COMPANY TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** on the interested parties in this action by placing the true copy(ies) thereof enclosed in sealed envelopes addressed as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I caused said document to be transmitted electronically to the interested party at the email address stated on the attached service list.

Executed on November 2, 2009 at Los Angeles, California.

I declare that I am employed in the office of a member of this bar of this court at whose direction the service was made.

                                                           /S/ Carol Yuson
                                                             Carol Yuson

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

# SERVICE LIST

| | |
|---|---|
| Stewart Kovar, Esq.<br>J&R ELECTRONICS, INC.<br>23 Park Row<br>New York, NY 10038<br>Email: sk@jr.com<br><br>***On behalf of Defendant, J&R Electronics Inc.*** | Pat Shriver, Esq.<br>FAFINSKI MARK & JOHNSON, P.A.<br>Flagship Corporate Center<br>775 Prairie Center Drive, Suite 400<br>Eden Prairie, MN 55344<br>Tel: (952) 224-7285<br>Fax:    (952) 995-9577<br>Email: pat.shriver@fmjlaw.com<br><br>***On behalf of Defendant, Northern Tool & Equipment Catalog Company, Inc.*** |
| Thomas E. Bejin, Esq.<br>RADER, FISHMAN & GRAUER, PLLC<br>39533 Woodward Avenue<br>Bloomfield Hills, MI 48304<br>Tel:  (248) 594-0608<br>Fax:  (248) 594-0610<br>Email: teb@raderfishman.com<br><br>***On behalf of Defendant, ValueVision Media, Inc. dba ShopNBC.com*** | Michael J. Lyons<br>MORGAN, LEWIS & BOCKIUS LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Ste 700<br>Palo Alto, CA 94306<br>Tel (650) 843-4000<br>Fax (650) 843-4001<br>Email: mlyons@morganlewis.com<br><br>***On behalf of Defendant, Hewlett-Packard Company*** |
| Aaron Stiefel, Esq.<br>KAYE SCHOLER LLP<br>425 Park Avenue<br>New York, NY 10022<br>Tel: (212) 836-8000<br>Fax: (212) 836-8689<br>Email: astiefel@kayescholer.com<br><br>***On behalf of Defendant, B & H Foto Electronics Corp.*** | Tom Plastaras<br>1-800-Flowers.com, Inc.<br>Corporate Headquarters<br>One Old Country Road, Suite 500<br>Carle Place, NY 11514<br>Phone: 1-800-356-9377<br>Email: tplastaras@1800flowers.com |
| Lennie A. Bersh, Esq.<br>Greenberg Traurig<br>200 Park Avenue<br>P.O. Box 677<br>Florham Park, NJ 07932<br>T 973.360.7900<br>F 973.301.8410<br>Email: bershL@gtlaw.com<br><br>***On behalf of Defendant, Systemax, Inc*** | Peter K. Johnson, Esq.<br>Associate General Counsel<br>Overstock.com, Inc.<br>6350 South 3000 East<br>Salt Lake City, UT 84121<br>Tel: (801) 947-3780<br>Fax: (801) 947-3144<br>Email: pjohnson@overstock.com<br><br>***On behalf of Defendant Overstock.com, Inc.*** |

Case No. 09-CV-04479-JSW                                                                                      PROOF OF SERVICE

| | |
|---|---|
| Karen Polyakov, Esq.<br>Counsel - Litigation<br>HOME DEPOT USA, INC.<br>3800 West Chapman Avenue<br>Orange, CA 92868<br>Tel: (714) 940-3622<br>Fax: (714) 940-5815<br>Email: Karen_Polyakov@homedepot.com<br><br>***On behalf of Defendant, The Home Depot, Inc.*** | Bridget Boyle<br>Executive Assistant to Bradley A. Feuer<br>122 5th Avenue<br>New York, NY 10011<br>Phone: (212) 633-4010;<br>Email: bboyle@bn.com<br><br>***On behalf of Defendant Barnesandnoble.com, Inc. and Barnesandnoble.com, LLC*** |
| Anthony F. Lo Cicero<br>AMSTER ROTHSTEIN & EBENSTEIN LLP<br>90 Park Avenue<br>New York, NY 10016<br>Email: alocicer@ARELAW.com<br><br>***On behalf of Defendants Macy's Inc. and Macys.com*** | Ramsey M. Al-Salam, Esq.<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98101-3099<br>Tel: (206) 359-6385<br>Fax: (206) 359-7385<br>Email: ralsalam@perskincoie.com<br><br>***On behalf of Defendant, Costco Wholesale Corporation*** |
| Eugene Y. Mar, Esq.<br>FARELLA BRAUN & MARTEL LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Email: EMar@fbm.com<br><br>***On behalf of Defendant, Dell, Inc.*** | John Letchinger, Esq.<br>WILDMAN HARROLD<br>225 West Wacker Drive<br>Suite 3000<br>Chicago, Illinois 60606<br>Tel: (312) 201-2698<br>Fax: (312) 416-4646<br>Email: letchinger@wildman.com<br><br>***On behalf of Defendant, OfficeMax*** |
| Kathryn Sheehan<br>Amazon.com, Inc.<br>1200 12th Avenue, South<br>Suite 1200<br>Seattle, WA 98144<br>Email: ksheehan@amazon.com<br><br>***On behalf of Defendant, Amazon.com, Inc.*** | Julianne Davis, Esq.<br>Nike, Inc.<br>One Bowerman Drive<br>Beaverton, Oregon 97005-6453<br>Email: julianne.davis@nike.com<br><br>***On behalf of Defendant, Nike, Inc.*** |