BRYAN K. ANDERSON <bkanderson@sidley.com> (SBN 170666)
MARC R. ASCOLESE <mascolese@sidley.com> (SBN 251397)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104-1715
Telephone:    415-772-1200
Facsimile:    415-772-7400

Attorneys for Defendants
Best Buy Co., Inc. and BestBuy.com, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SpeedTrack, Inc.,<br><br>    Plaintiff,<br><br>    v.<br><br>Amazon.com, Inc.; Costco Wholesale Corporation; 1-800-Flowers.com, Inc.; Barnesandnoble.com, LLC; Barnesandnoble.com, Inc.; The Home Depot, Inc.; Nike, Inc.; Northern Tool & Equipment Catalog Co., Inc.; J & R Electronics, Inc.; Dell, Inc.; Best Buy Co., Inc.; BestBuy.com, LLC; Systemax, Inc.; OfficeMax, Inc.; Macy's, Inc.; Macys.com, Inc.; Overstock.com, Inc.; Recreational Equipment, Inc.; Value Vision International, Inc., dba ShopNBC.com; B &H Foto & Electronics Corp.; Hewlett-Packard Company; Redcats USA, Inc.; Retail Convergence, Inc., dba Smartbargains.com<br><br>    Defendants. | Case No:    3:09 CV 04479 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF COUNSEL FOR DEFENDANTS BEST BUY CO., INC. AND BESTBUY.COM, LLC**<br><br>**[Civil L.R. 11-5 & Gen. Ord. 45(IV)(C)(5)]** |

STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF COUNSEL
CASE NO. 3:09 CV 04479 JSW

## STIPULATION FOR SUBSTITUTION OF COUNSEL

Defendants Best Buy Co., Inc. and BestBuy.com, LLC; the law firm of Robins, Kaplan, Miller & Ciresi LLP; and the law firm of Sidley Austin LLP hereby stipulate as follows:

WHEREAS Defendants Best Buy Co., Inc. and BestBuy.com LLC's current attorneys of record in the above-captioned matter are Robins, Kaplan, Miller & Ciresi LLP; and

WHEREAS Defendants Best Buy Co., Inc. and BestBuy.com, LLC seek to substitute Robins, Kaplan, Miller & Ciresi LLP with Sidley Austin LLP as its attorneys of record in the above-captioned matter.

IT IS STIPULATED by and between Defendants Best Buy Co., Inc. and BestBuy.com, LLC; the law firm of Robins, Kaplan, Miller & Ciresi LLP; and the law firm of Sidley Austin LLP that Sidley Austin LLP replace Robins, Kaplan, Miller & Ciresi LLP as Defendants Best Buy Co., Inc. and BestBuy.com, LLC's attorneys of record in the above-captioned matter.

Dated: November 11, 2009                    SIDLEY AUSTIN LLP

                                                          /s/   Bryan K. Anderson

Of Counsel:                                 BRYAN K. ANDERSON (SBN 170666)
                                            bkanderson@sidley.com
RICHARD A. CEDEROTH                         MARC R. ASCOLESE (SBN 251397)
rcederoth@sidley.com                        mascolese@sidley.com
SIDLEY AUSTIN LLP                           SIDLEY AUSTIN LLP
One South Dearborn                          555 California Street, Suite 2000
Chicago, IL  60603                          San Francisco, CA  94104-1715
Telephone:    312-853-7000                  Telephone:    415-772-1200
Facsimile:    312-853-7036                  Facsimile:    415-772-7400

*Attorneys for Defendants*
*Best Buy Co., Inc. and BestBuy.com, LLC*

-1-
STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF COUNSEL
CASE NO.  3:09 CV 04479 JSW

-2-

| | | |
|---|---|---|
| 1 | Dated: November 11, 2009 | ROBINS, KAPLAN, MILLER & CIRESI LLP |

                                                  /s/ Michael A. Geibelson
MICHAEL A. GEIBELSON (SBN 179970)
mageibelson@rkmc.com
ROBINS, KAPLAN, MILLER & CIRESI LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: 310-552-0130
Facsimile: 310-229-5800

-2-
STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF COUNSEL
CASE NO. 3:09 CV 04479 JSW

**[PROPOSED] ORDER SUBSTITUTING COUNSEL FOR DEFENDANTS BEST BUY CO., INC. AND BESTBUY.COM, LLC**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. Sidley Austin LLP shall replace Robins, Kaplan, Miller & Ciresi LLP as Defendants Best Buy Co., Inc. and BestBuy.com, LLC's attorneys of record in the above-captioned matter.

2. Attorneys from Robins, Kaplan, Miller & Ciresi LLP shall be removed from the ECF electronic service list and other service lists herein.

Dated: November 12, 2009

_____
JEFFREY S. WHITE
United States District Judge