1  HENNIGAN, BENNETT & DORMAN LLP
   Roderick G. Dorman (SBN 96908)
2  dormanr@hbdlawyers.com
   Alan P. Block (SBN 143783)
3  blocka@hbdlawyers.com
   Marc Morris (SBN 183728)
4  morrism@hbdlawyers.com
   865 South Figueroa Street, Suite 2900
5  Los Angeles, California 90017
   Telephone: (213) 694-1200
6  Fax: (213) 694-1234

7  Attorneys for Plaintiff,
   SPEEDTRACK, INC.,
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12 SPEEDTRACK, INC.,                    )   Case No. 09-CV-04479-JSW
                                        )
13              Plaintiff,              )
                                        )
14         vs.                          )   **STIPULATED REQUEST FOR ORDER
                                        )   EXTENDING TIME FOR DEFENDANT
15 AMAZON.COM, INC.; COSTCO             )   AMAZON.COM, INC. TO ANSWER OR
   WHOLESALE CORPORATION; 1-800-        )   OTHERWISE RESPOND TO THE
16 FLOWERS.COM, INC.;                   )   COMPLAINT**
   BARNESANDNOBLE.COM, LLC;             )
17 BARNESANDNOBLE.COM, INC.; THE        )   [CIVIL LOCAL RULE 6-2]
   HOME DEPOT, INC.; NIKE, INC.;        )
18 NORTHERN TOOL & EQUIPMENT            )
   CATALOG CO., INC.; J & R             )
19 ELECTRONICS, INC.; DELL, INC.; BEST  )
   BUY CO.; BEST BUY.COM, LLC;          )   JUDGE:   Hon. Jeffrey S. White
20 SYSTEMAX, INC.; OFFICEMAX, INC.;     )
   MACY'S, INC.; MACYS.COM, INC.;       )
21 OVERSTOCK.COM, INC.;                 )
   RECREATIONAL EQUIPMENT, INC.;        )
22 VALUE VISION INTERNATIONAL, INC.,    )
   DBA SHOPNBC.COM; B &H FOTO &         )
23 ELECTRONICS CORP.; HEWLETT-          )
   PACKARD COMPANY; REDCATS USA,        )
24 INC.; RETAIL CONVERGENCE, INC.,      )
   DBA SMARTBARGAINS.COM,               )
25                                      )
                Defendants.             )
26                                      )

27

28

   Case No. 09-CV-04479-JSW              STIPULATED REQUEST FOR ORDER EXTENDING
                                         DATE FOR AMAZON TO RESPOND TO COMPLAINT

1       WHEREAS, Plaintiff SpeedTrack, Inc. ("SpeedTrack") filed this action for infringement of
2 SpeedTrack's U.S. Patent No. 5,544,360 ("the '360 patent") on September 23, 2009;

3       WHEREAS, SpeedTrack has served its Complaint on Defendant Amazon.com, Inc.
4 ("Amazon") on October 2, 2009;

5       WHEREAS, SpeedTrack and Amazon previously filed a stipulation under Local Rule 6-1(A)
6 on October 16, 2009 (Docket No. 15) agreeing to extend the time for Amazon to answer or
7 otherwise respond to SpeedTrack's Complaint by 30 days to November 23, 2009;

8       WHEREAS SpeedTrack and each Defendant to this action including Amazon have filed a
9 Joint Stipulation on November 16, 2009 asking the Court to stay this litigation until such time as
10 both (i) the reexamination of the '360 patent is resolved and (ii) judgment in the Wal-Mart Action or
11 an order dismissing the Wal-Mart Action is entered (Docket No. 48);

12       WHEREAS, the Court has not yet acted on the parties' Joint Stipulation to stay;

13       WHEREAS, the resolution of both the reexamination of the '360 patent and Wal-Mart
14 Action may substantially narrow the issues involved in this action;

15       WHEREAS, Amazon has requested an extension of time to respond to SpeedTrack's
16 Complaint until at least 21 days after the date of the Court's Order lifting any stay that may be
17 granted in this action, without prejudice to Amazon seeking further extensions as appropriate;

18       WHEREAS, Amazon's request for an extension is not made for the purpose of delay;

19       NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties through
20 their respective counsel of record, THAT:

21       The date by which Amazon must answer or otherwise respond to SpeedTrack's Complaint
22 shall be extended as follows: If the Court grants a stay of this litigation pursuant to the parties' Joint
23 Stipulation or otherwise, then Amazon shall have 21 days to answer or otherwise respond to
24 SpeedTrack's Complaint from the date of the Court's order lifting the stay, without prejudice to
25 Amazon seeking further extensions as appropriate. If the Court denies the parties' request to stay,
26 then Amazon shall have 21 days to answer or otherwise respond from the date of the Court's order,
27 without prejudice to Amazon seeking further extensions as appropriate.

28

-1-

Case No. 09-CV-04479-JSW       STIPULATED REQUEST FOR ORDER EXTENDING DATE FOR AMAZON TO RESPOND TO COMPLAINT

| | | |
|---|---|---|
| 1 | SO STIPULATED. | |
| 2 | DATED: November 20, 2009 | HENNIGAN, BENNETT & DORMAN LLP |
| 3 | | |
| 4 | | By _____ |
| 5 | | Roderick G. Dorman<br>Alan P. Block<br>Marc Morris<br>Omer Salik |
| 6 | | |
| 7 | | Attorneys for Plaintiff,<br>SPEEDTRACK, INC., |
| 8 | DATED: November 20, 2009 | AMAZON.COM, INC. |
| 9 | | |
| 10 | | By _____<br>Kathryn Sheehan |
| 11 | | Attorneys for Defendant, SBN 223359<br>AMAZON.COM, INC. |

### [Proposed] Order

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The date by which Amazon must answer or otherwise respond to SpeedTrack's Complaint shall be extended as follows: If the Court grants a stay of this litigation pursuant to the parties' Joint Stipulation or otherwise, then Amazon shall have 21 days to answer or otherwise respond to SpeedTrack's Complaint from the date of the Court's order lifting the stay, without prejudice to Amazon seeking further extensions as appropriate. If the Court denies the parties' request to stay, then Amazon shall have 21 days to answer or otherwise respond from the date of the Court's order, without prejudice to Amazon seeking further extensions as appropriate.

DATED:

By _____
Hon. Jeffrey S. White
United States District Judge

-2-

Case No. 09-CV-04479-JSW        STIPULATED REQUEST FOR ORDER EXTENDING
                                DATE FOR AMAZON TO RESPOND TO COMPLAINT