HENNIGAN, BENNETT & DORMAN LLP
RODERICK G. DORMAN (SBN 96908)
dormanr@hbdlawyers.com
ALAN P. BLOCK (SBN 143783)
blocka@hbdlawyers.com
MARC MORRIS (SBN 183728)
morrism@hbdlawyers.com
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Fax: (213) 694-1234

Attorneys for Plaintiff
SPEEDTRACK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPEEDTRACK, INC., | Case No. 09-CV-04479-JSW |
| Plaintiff, | **JOINT STIPULATION AND** |
| vs. | **[PROPOSED] ORDER STAYING ACTION PENDING RESOLUTION OF THE REEXAMINATION PROCEEDING AND ENTRY OF JUDGMENT OR DISMISSAL OF SPEEDTRACK, INC. V. WAL-MART STORES, INC., ET. AL., CASE NO. 06-CV-07336-PJH** |
| AMAZON.COM, INC.; COSTCO WHOLESALE CORPORATION; 1-800-FLOWERS.COM, INC.; BARNESANDNOBLE.COM, LLC; BARNESANDNOBLE.COM, INC.; THE HOME DEPOT, INC.; NIKE, INC.; NORTHERN TOOL & EQUIPMENT CATALOG CO., INC.; J & R ELECTRONICS, INC.; DELL, INC.; BEST BUY CO.; BEST BUY.COM, LLC; SYSTEMAX, INC.; OFFICEMAX, INC.; MACY'S, INC.; MACYS.COM, INC.; OVERSTOCK.COM, INC.; RECREATIONAL EQUIPMENT, INC.; VALUE VISION INTERNATIONAL, INC., DBA SHOPNBC.COM; B &H FOTO & ELECTRONICS CORP.; HEWLETT-PACKARD COMPANY; REDCATS USA, INC.; RETAIL CONVERGENCE, INC., DBA SMARTBARGAINS.COM, | |
| Defendants. | |

Case No. 09-CV-04479-JSW

JOINT STIPULATION AND [PROPOSED] ORDER STAYING ACTION

1    WHEREAS, Plaintiff SpeedTrack, Inc. ("SpeedTrack") filed the case of *SpeedTrack, Inc. v.*

2    *Wal-Mart Stores, Inc., et. al.*, Case No. 06-CV-07336-PJH ("the Wal-Mart Action") for

3    infringement of SpeedTrack's U.S. Patent No. 5,544,360 ("the '360 patent") on November 29, 2006.

4    WHEREAS, Plaintiff SpeedTrack filed another action, *SpeedTrack, Inc. v. Office Depot,*

5    *Inc., et. al.*, Case No. 07-CV-03602-PJH ("the Office Depot Action"), also for infringement of the

6    '360 patent, on July 12, 2007.

7    WHEREAS, on August 13, 2007, the Court held that the Office Depot Action and the Wal-

8    Mart Action are related actions.

9    WHEREAS, on October 10, 2007, the Court granted the Defendants' motion to stay the

10   Office Depot Action pending the resolution of the Wal-Mart Action and, whereas, the Office Depot

11   Action is currently stayed.

12   WHEREAS, on January 12, 2009, the United States Patent and Trademark Office granted the

13   Request for Reexamination of the '360 patent filed by Endeca Technologies, Inc.

14   WHEREAS, on February 5, 2009, the Court granted the Defendants' motion to stay the Wal-

15   Mart Action pending the resolution of the reexamination of the '360 patent.

16   WHEREAS, SpeedTrack filed this Action ("the Amazon Action") for infringement of the

17   '360 patent on September 23, 2009.

18   WHEREAS, the parties to this Action agree that this Action should be stayed until such time

19   as both (i) the reexamination of the '360 patent is resolved and (ii) judgment in the Wal-Mart Action

20   or an order dismissing the Wal-Mart Action is entered, and that, at that time, the Court, with input

21   from the parties, should then determine how the individual Defendants in this Action are to be tried.

22   IT IS HEREBY STIPULATED by and between the parties or through their respective

23   counsel of record (as indicated below), THAT:

24   ///

25   ///

26   ///

27   ///

28

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

-1-

Case No. 09-CV-04479-JSW                                JOINT STIPULATION AND [PROPOSED] ORDER
                                                                              STAYING ACTION

1       Subject to the Court's approval, all proceedings in this Action, including discovery, shall be

2    stayed until such time as both (i) the reexamination of the '360 patent is resolved and (ii) judgment

3    in the Wal-Mart Action or an order dismissing the Wal-Mart Action is entered.

4       SO STIPULATED.

5

6    DATED: 11/16/09           HENNIGAN, BENNETT & DORMAN LLP

7

8                       By _____

                              Roderick G. Dorman

9                              Alan P. Block

                              Marc Morris

10                     Attorneys for Plaintiff

11                     SpeedTrack, Inc.

12   DATED:                  AMAZON.COM, INC.

13                     By _____

14                         Kathryn Sheehan (SBN 222339)

15                     Attorneys for Defendant

                         Amazon.com, Inc.

16   DATED:                  PERKINS COIE LLP

17

18                     By_____

                         Gigi C. Hoang (SBN 241182)

19

20                     Attorneys for Defendant

                         Costco Wholesale Corporation

21   DATED:                  1-800-FLOWERS, INC.

22

23                     By _____

                         Thomas E. Plastaras

24

25

26

27

28

Hennigan, Bennett & Dorman llp
los angeles, california

1    Subject to the Court's approval, all proceedings in this Action, including discovery, shall be

2 stayed until such time as both (i) the reexamination of the '360 patent is resolved and (ii) judgment

3 in the Wal-Mart Action or an order dismissing the Wal-Mart Action is entered.

4    SO STIPULATED.

5

6 DATED:                                    HENNIGAN, BENNETT & DORMAN LLP

7

8 By _____

Roderick G. Dorman
Alan P. Block

9 Marc Morris

10                                          Attorneys for Plaintiff
SpeedTrack, Inc.

11

12 DATED:                                   AMAZON.COM, INC.

13 By _____

Kathryn Sheehan

14

15                                          Attorneys for Defendant
Amazon.com, Inc.

16 DATED:                                   PERKINS COIE LLP

17

18 By___/s/ Gigi C. Hoang_____

Gigi C. Hoang (SBN 241182)

19

20                                          Attorneys for Defendant
Costco Wholesale Corporation

21 DATED:                                   1-800-FLOWERS, INC.

22

23 By _____

Thomas E. Plastaras

24

25

26

27

28

Case No. 09-CV-04479-JSW                     JOINT STIPULATION AND [PROPOSED] ORDER
STAYING ACTION

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

1       Subject to the Court's approval, all proceedings in this Action, including discovery, shall be

2   stayed until such time as both (i) the reexamination of the '360 patent is resolved and (ii) judgment

3   in the Wal-Mart Action or an order dismissing the Wal-Mart Action is entered.

4       SO STIPULATED.

5

6   DATED:                        HENNIGAN, BENNETT & DORMAN LLP

7

8                                   By _____
                                   Roderick G. Dorman

9                                      Alan P. Block
                                   Marc Morris

10                          Attorneys for Plaintiff
                        SpeedTrack, Inc.

11

12  DATED:                        AMAZON.COM, INC.

13

14                                    By _____
                                   Kathryn Sheehan

15                          Attorneys for Defendant
                        Amazon.com, Inc.

16  DATED:                        PERKINS COIE LLP

17

18                                    By_____
                                   Gigi C. Hoang (SBN 241182)

19

20                          Attorneys for Defendant
                        Costco Wholesale Corporation

21  DATED:                        1-800-FLOWERS, INC.

22

23                                    By _____
                                   Thomas E. Plastaras

24

25

26

27

28

Hennigan, Bennett & Dorman llp
lawyers
los angeles, california

DATED:

BARNESANDNOBLE.COM, LLC AND
BARNESANDNOBLE.COM, INC.

By _Buly a Feu_
  Bradley A. Feuer

DATED:

FULBRIGHT & JAWORSKI L.L.P.

By _____
  Gilbert A. Greene

Attorneys for Defendant
The Home Depot, Inc.

DATED:

NIKE, INC.

By _____
  Julianne Davis

DATED:

NORTHERN TOOL & EQUIPMENT
CATALOG CO., INC.

By _____
  Alan C. Kotula

DATED:

J & R ELECTRONICS, INC.

By _____
  Stuart Kovar

DATED:

FARELLA BRAUN + MARTELL LLP

By   /S/ Eugene Y. Mar
  Eugene Y. Mar

Attorneys for Defendant
Dell.com, Inc.

-3-

Case No. 09-CV-04479-JSW

JOINT STIPULATION AND [PROPOSED] ORDER
STAYING ACTION

1  DATED:

BARNESANDNOBLE.COM, LLC AND
BARNESANDNOBLE.COM, INC.

2

3                                        By _____
                                              Bradley A. Feuer
4

5  DATED:                                FULBRIGHT & JAWORSKI L.L.P.

6                                        By _____
                                              Gilbert A. Greene
7

8                                        Attorneys for Defendant
                                         The Home Depot, Inc.
9  DATED:                                NIKE, INC.

10

11                                       By _____
                                              Julianne Davis
12

13  DATED:                               NORTHERN TOOL & EQUIPMENT
                                         CATALOG CO., INC.
14

15                                       By _____
                                              Alan C. Kotula
16

17  DATED:                               J & R ELECTRONICS, INC.

18

19                                       By _____
                                              Stuart Kovar
20  DATED:                               FARELLA BRAUN + MARTELL LLP

21

22                                       By____/S/ Eugene Y. Mar_____
                                              Eugene Y. Mar
23

24                                       Attorneys for Defendant
                                         Dell.com, Inc.
25

26

27

28

Case No. 09-CV-04479-JSW

-3-

JOINT STIPULATION AND [PROPOSED] ORDER
STAYING ACTION

Hennigan, Bennett & Dorman llp
lawyers
los angeles, california

DATED: _____

BARNESANDNOBLE.COM, LLC AND
BARNESANDNOBLE.COM, INC.

By _____
    Bradley A. Feuer

DATED: _____

FULBRIGHT & JAWORSKI L.L.P.

By _____
    Gilbert A. Greene

Attorneys for Defendant
The Home Depot, Inc.

DATED: _____

NIKE, INC.

By _____
    Julianne Davis

DATED: _____

NORTHERN TOOL & EQUIPMENT
CATALOG CO., INC.

By _____
    Alan C. Kotula

DATED: _____

J & R ELECTRONICS, INC.

By _____
    Stuart Kovar

DATED: _____

FARELLA BRAUN + MARTELL LLP

By ___/S/ Eugene Y. Mar_____
    Eugene Y. Mar

Attorneys for Defendant
Dell.com, Inc.

-3-

Hennigan, Bennett & Dorman llp
lawyers
los angeles, california

DATED:        BARNESANDNOBLE.COM, LLC AND
BARNESANDNOBLE.COM, INC.

By _____
         Bradley A. Feuer

DATED:        FULBRIGHT & JAWORSKI L.L.P.

By _____
         Gilbert A. Greene

Attorneys for Defendant
The Home Depot, Inc.

DATED:        NIKE, INC.

By _____
         Julianne Davis

DATED:        NORTHERN TOOL & EQUIPMENT
CATALOG CO., INC.

By _____
         Alan C. Kotula

DATED:        J & R ELECTRONICS, INC.

By _____
         Stuart Kovar

DATED:        FARELLA BRAUN + MARTELL LLP

By    /S/ Eugene Y. Mar _____
         Eugene Y. Mar

Attorneys for Defendant
Dell.com, Inc.

Case No. 09-CV-04479-JSW        JOINT STIPULATION AND [PROPOSED] ORDER

Hennigan, Bennett & Dorman llp
lawyers
los angeles, california

1   DATED:      BARNESANDNOBLE.COM, LLC AND
BARNESANDNOBLE.COM, INC.

2

3      By _____

4             Bradley A. Feuer

DATED:      FULBRIGHT & JAWORSKI L.L.P.

5

6      By _____

7             Gilbert A. Greene

Attorneys for Defendant
8      The Home Depot, Inc.

9   DATED:      NIKE, INC.

10

11      By _____

            Julianne Davis

12

13   DATED:      NORTHERN TOOL & EQUIPMENT
CATALOG CO., INC.

14

15      By _____

16             Alan C. Kotula

17   DATED:      J & R ELECTRONICS, INC.

18      By _Stuart C. Kovar_____

19             Stuart Kovar

20   DATED:      FARELLA BRAUN + MARTELL LLP

21

22      By ___/S/ Eugene Y. Mar_____
            Eugene Y. Mar

23

Attorneys for Defendant
24      Dell.com, Inc.

25

26

27

28

Case No. 09-CV-04479-JSW         -3-         JOINT STIPULATION AND [PROPOSED] ORDER
STAYING ACTION

1

DATED:                                    SIDLEY AUSTIN LLP

2

3                                          By    /s/  Richard A. Cederoth
                                                Richard A. Cederoth

4                                          Attorneys for Defendants
                                           Best Buy Co., Inc. and BestBuy.com, LLC
5

DATED:                                    GREENBERG TRAURIG

6

7                                          By _____
                                                Barry J. Schindler

8

9                                          Attorneys for Defendant
                                           Systemax, Inc.

10

DATED:                                    WILDMAN HARROLD

11

12                                         By _____
                                                John Letchinger

13

14                                         Attorneys for Defendant
                                           OfficeMax, Inc.

15

DATED:                                    AMSTER, ROTHSTEIN & EBENSTEIN LLP

16

17                                         By _____
                                                Anthony F. Lo Cicero

18                                         Attorneys for Defendants
                                           Macy's, Inc. and Macys.com, Inc.

19

DATED:                                    OVERSTOCK.COM, INC.

20

21                                         By _____
                                                Mark Griffin

22

23                                         Attorneys for Defendant
                                           Overstock.com, Inc.

24

25

26

27

28

Case No. 09-CV-04479-JSW                              JOINT STIPULATION AND [PROPOSED] ORDER
                                                                              STAYING ACTION

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

1   DATED:

2

3

4

5   DATED:

6

7

8

9

10   DATED:

11

12

13

14

15   DATED:

16

17

18

19   DATED:

20

21

22

23

24

25

26

27

28

ROBINS, KAPLAN, MILLER & CIRESI LLP


By _____
        Michael A. Geibelson

Attorneys for Defendants
Best Buy Co. and Best Buy.com, LLC

GREENBERG TRAURIG


By _____
        Barry J. Schindler

Attorneys for Defendant
Systemax, Inc.

WILDMAN HARROLD


By _____
        John Letchinger

Attorneys for Defendant
OfficeMax, Inc.

AMSTER, ROTHSTEIN & EBENSTEIN LLP


By _____
        Anthony F. Lo Cicero

Attorneys for Defendants
Macy's, Inc. and Macys.com, Inc.

OVERSTOCK.COM, INC.


By _____
        Mark Griffin

Attorneys for Defendant
Overstock.com, Inc.

-4-

Case No. 09-CV-04479-JSW

JOINT STIPULATION AND [PROPOSED] ORDER
STAYING ACTION

Hennigan, Bennett & Dorman llp
lawyers
los angeles, california

1    DATED:                          ROBINS, KAPLAN, MILLER & CIRESI LLP

2

3                                    By _____
                                        Michael A. Geibelson
4
                                     Attorneys for Defendants
5                                    Best Buy Co. and Best Buy.com, LLC

     DATED:                          GREENBERG TRAURIG
6

7
                                     By _____
8                                       Barry J. Schindler

9                                    Attorneys for Defendant
                                     Systemax, Inc.
10   DATED: 11/10/09
                                     WILDMAN HARROLD
11

12                                   By _____
                                        John Letchinger
13
                                     Attorneys for Defendant
14                                   OfficeMax, Inc.

15   DATED:                          AMSTER, ROTHSTEIN & EBENSTEIN LLP

16

17                                   By _____
                                        Anthony F. Lo Cicero
18
                                     Attorneys for Defendants
     19                              Macy's, Inc. and Macys.com, Inc.

     DATED:                          OVERSTOCK.COM, INC.
20

21                                   By _____
                                        Mark Griffin
22

23                                   Attorneys for Defendant
                                     Overstock.com, Inc.
24

25

26

27

28

Case No. 09-CV-04479-JSW           -4-

                                   JOINT STIPULATION AND [PROPOSED] ORDER
                                   STAYING ACTION

1    DATED:                          FARELLA BRAUN + MARTELL LLP

2
                                     By _____
3                                         Eugene Y. Mar

4                                    Attorneys for Defendant
                                     Dell.com, Inc.
5    DATED:                          FIRM:
6

7                                    By _____

8
                                     Attorneys for Defendants
9                                    Best Buy Co. and Best Buy.com, LLC

10   DATED:                          FIRM: _____

11
                                     By _____
12
                                        _____
13
                                     Attorneys for Defendant
14                                   Systemax, Inc.

15   DATED:                          FIRM: _____

16
                                     By _____
17
                                        _____
18                                   Attorneys for Defendant
                                     Office Max, Inc.
19   DATED: November 16, 2009        AMSTER, ROTHSTEIN & EBENSTEIN LLP
20                                   90 PARK AVENUE
                                     NEW YORK, NEW YORK 10016
21                                   TEL.: (212) 336-8000
                                     FAX: (212) 336-8001:
22

23
                                     By _____
24                                      Anthony Lo Cicero___ AL7538

25                                   Attorneys for Defendants
                                     Macy's, Inc. and Macys.com, Inc.
26

27

28

                                        -4-

Hennigan, Bennett & Dorman llp
lawyers
los angeles, california

1    DATED:                          ROBINS, KAPLAN, MILLER & CIRESI LLP

2
                                     By _____
3                                          Michael A. Geibelson

4                                    Attorneys for Defendants
                                     Best Buy Co. and Best Buy.com, LLC
5    DATED:                          GREENBERG TRAURIG
6

7                                    By _____
                                           Barry J. Schindler
8
                                     Attorneys for Defendant
9                                    Systemax, Inc.

10   DATED:                          WILDMAN HARROLD

11

12                                   By _____
                                           John Letchinger
13
                                     Attorneys for Defendant
14                                   OfficeMax, Inc.

15   DATED:                          AMSTER, ROTHSTEIN & EBENSTEIN LLP

16
                                     By _____
17                                         Anthony F. Lo Cicero

18                                   Attorneys for Defendants
                                     Macy's, Inc. and Macys.com, Inc.
19   DATED:                          OVERSTOCK.COM, INC.

20
                                     By _____
21                                         Mark Griffin

22                                   Attorneys for Defendant
                                     Overstock.com, Inc.
23

24

25

26

27

28

Henningan, Bennett & Dorman llp
Lawyers
Los Angeles, California

-4-

Case No. 09-CV-04479-JSW                          JOINT STIPULATION AND [PROPOSED] ORDER
                                                                      STAYING ACTION

DATED: 10/29/09

K & L GATES

By _C 2_

Cristofer I. Leffler
*(Admitted Pro Hac Vice)*

Attorneys for Defendant
Recreational Equipment, Inc.

DATED:

RADER, FISHMAN & GRAUER, PLLC

By _____
Thomas E. Bejin

Attorneys for Defendant
Value Vision International, Inc., dba,
Shopnbc.com

DATED:

KAYE SCHOLER LLP

By _____
Aaron Stiefel

Attorneys for Defendant
B & H Foto & Electronics Corporation

DATED:

MORGAN, LEWIS & BOCKIUS LLP

By _____
Michael J. Lyons

Attorneys for Defendant
Hewlett-Packard Company

DATED:

TURNER BOYD LLP

By _____
Karen Boyd

Attorneys for Defendant
Redcats USA, Inc.

Henmigan, Bennett & Dorman llp
lawyers
los angeles, california

-5-

JOINT STIPULATION AND [PROPOSED] ORDER
STAYING ACTION

1    DATED:                          K & L GATES

2

3                                    By _____
                                        Cristofer I. Leffler
                                        (Admitted Pro Hac Vice)
4
                                     Attorneys for Defendant
5                                    Recreational Equipment, Inc.

6    DATED: 11/16/09                 RADER, FISHMAN & GRAUER, PLLC

7
                                     By _Thomas E. Bejin /APB_____
8                                       Thomas E. Bejin

9                                    Attorneys for Defendant
                                     Value Vision International, Inc., dba,
10                                   Shopnbc.com

11   DATED:                          KAYE SCHOLER LLP

12

13                                   By _____
                                        Aaron Stiefel
14
                                     Attorneys for Defendant
15                                   B & H Foto & Electronics Corporation

16   DATED:                          MORGAN, LEWIS & BOCKIUS LLP

17

18                                   By _____
                                        Michael J. Lyons
19                                   Attorneys for Defendant
                                     Hewlett-Packard Company
20   DATED:                          TURNER BOYD LLP

21

22                                   By _____
                                        Karen Boyd
23
                                     Attorneys for Defendant
24                                   Redcats USA, Inc.

25

26

27

28

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

1  DATED:                          K & L GATES

2

3                                  By _____
                                       Cristofer I. Leffler
                                       (Admitted Pro Hac Vice)
4

5                                  Attorneys for Defendant
                                   Recreational Equipment, Inc.

6  DATED:                          RADER, FISHMAN & GRAUER, PLLC

7

8                                  By _____
                                       Thomas E. Bejin

9                                  Attorneys for Defendant
                                   Value Vision International, Inc., dba,
10                                 Shopnbc.com

11  DATED:                         KAYE SCHOLER LLP

12

13                                 By _____
                                       Aaron Stiefel

14                                 Attorneys for Defendant
                                   B & H Foto & Electronics Corporation
15

16  DATED:                         MORGAN, LEWIS & BOCKIUS LLP

17                                 By _____
                                       Michael J. Lyons
18

19                                 Attorneys for Defendant
                                   Hewlett-Packard Company

20  DATED:                         TURNER BOYD LLP

21

22                                 By _____
                                       Karen Boyd

23                                 Attorneys for Defendant
                                   Redcats USA, Inc.
24

25

26

27

28

-5-

Case No. 09-CV-04479-JSW                    JOINT STIPULATION AND [PROPOSED] ORDER
                                                              STAYING ACTION

1   DATED:                          K & L GATES

2
                                    By _____
3                                       Cristofer I. Leffler
                                        *(Admitted Pro Hac Vice)*
4
                                    Attorneys for Defendant
5                                   Recreational Equipment, Inc.

6   DATED:                          RADER, FISHMAN & GRAUER, PLLC

7
                                    By _____
8                                       Thomas E. Bejin

9                                   Attorneys for Defendant
                                    Value Vision International, Inc., dba,
10                                  Shopnbc.com

11  DATED:                          KAYE SCHOLER LLP

12
                                    By _____
13                                      Aaron Stiefel

14                                  Attorneys for Defendant
                                    B & H Foto & Electronics Corporation
15
16  DATED:                          MORGAN, LEWIS & BOCKIUS LLP

17                                  By _____
                                        Michael J. Lyons
18
19                                  Attorneys for Defendant
                                    Hewlett-Packard Company
20  DATED:                          TURNER BOYD LLP

21
                                    By _____
22                                      Karen Boyd

23                                  Attorneys for Defendant
                                    Redcats USA, Inc.
24

25

26

27

28

-5-

Case No. 09-CV-04479-JSW

JOINT STIPULATION AND [PROPOSED] ORDER
STAYING ACTION

Hennigan, Bennett & Dorman llp
lawyers
los angeles, california

1   DATED:                         K & L GATES

2

3                                  By _____
                                        Cristofer I. Leffler
4                                       (*Admitted Pro Hac Vice*)

                                   Attorneys for Defendant
5                                  Recreational Equipment, Inc.

6   DATED:                         RADER, FISHMAN & GRAUER, PLLC

7

8                                  By _____
                                        Thomas E. Bejin

9                                  Attorneys for Defendant
                                   Value Vision International, Inc., dba,
10                                 Shopnbc.com

11  DATED:                         KAYE SCHOLER LLP

12

13                                 By _____
                                        Aaron Stiefel

14                                 Attorneys for Defendant
                                   B & H Foto & Electronics Corporation
15

16  DATED:                         MORGAN, LEWIS & BOCKIUS LLP

17                                 By _____
                                        Michael J. Lyons
18

19                                 Attorneys for Defendant
                                   Hewlett-Packard Company

20  DATED:                         TURNER BOYD LLP

21

22                                 By_____/S/ Karen Boyd_____
                                        Karen Boyd
23

24                                 Attorneys for Defendant
                                   Redcats USA, Inc.

25

26

27

28

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

Case No. 09-CV-04479-JSW                    JOINT STIPULATION AND [PROPOSED] ORDER
                                                                    STAYING ACTION

DATED:  November 13, 2009

K & L GATES

By _____
Michael J. Bettinger

Attorneys for Defendant
Retail Convergence, Inc., dba,
Smartbargains.com

PURSUANT TO STIPULATION, THE COURT ORDERS AS FOLLOWS:

All proceedings in this Action, including discovery, shall be stayed until such time as both (i) the reexamination of the '360 patent is resolved and (ii) judgment or an order dismissing the Wal-Mart Action is entered.  After final resolution of the reexamination of the '360 patent and an entry of judgment in the Wal-Mart Action or an order dismissing the Wal-Mart Action, the Court will determine, with input from the parties, how the individual Defendants in this Action are to be tried. Until then, this Action shall trail the Wal-Mart Action.

DATED:  November 30, 2009

_____
Hon. Jeffrey S. White
United States District Judge

Hennigan, Bennett & Dorman llp
lawyers
los angeles, california

Case No. 09-CV-04479-JSW

-6-

JOINT STIPULATION AND [PROPOSED] ORDER
STAYING ACTION