BRYAN K. ANDERSON <bkanderson@sidley.com> (SBN 170666)
MARC R. ASCOLESE <mascolese@sidley.com> (SBN 251397)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA  94104-1715
Telephone:    415-772-1200
Facsimile:    415-772-7400

Attorneys for Defendants
Best Buy Co., Inc. and BestBuy.com, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SpeedTrack, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Amazon.com, Inc.; Costco Wholesale Corporation; 1-800-Flowers.com, Inc.; Barnesandnoble.com, LLC; Barnesandnoble.com, Inc.; The Home Depot, Inc.; Nike, Inc.; Northern Tool & Equipment Catalog Co., Inc.; J & R Electronics, Inc.; Dell, Inc.; Best Buy Co., Inc.; BestBuy.com, LLC; Systemax, Inc.; OfficeMax, Inc.; Macy's, Inc.; Macys.com, Inc.; Overstock.com, Inc.; Recreational Equipment, Inc.; Value Vision International, Inc., dba ShopNBC.com; B &H Foto & Electronics Corp.; Hewlett-Packard Company; Redcats USA, Inc.; Retail Convergence, Inc., dba Smartbargains.com <br><br> Defendants. | Case No:    3:09 CV 04479 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS BEST BUY CO., INC. AND BESTBUY.COM, LLC TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** <br><br> **[Civil L.R. 6-2]** |

---

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR BEST BUY TO ANSWER
CASE NO.  3:09 CV 04479 JSW

| | |
|---|---|
| 1 | **STIPULATION FOR EXTENDING TIME FOR BEST BUY TO ANSWER** |
| 2 | WHEREAS, Plaintiff SpeedTrack, Inc. ("SpeedTrack") filed this action for infringement of |
| 3 | SpeedTrack's U.S. Patent No. 5,544,360 ("the '360 patent") on September 23, 2009; |
| 4 | WHEREAS, SpeedTrack has served its Complaint on Defendants Best Buy Co., Inc. and |
| 5 | BestBuy.com LLC ("Best Buy") on October 1, 2009; |
| 6 | WHEREAS, SpeedTrack and Best Buy previously filed a stipulation under Local Rule 6-1(a) |
| 7 | on October 16, 2009 [Docket No. 11] agreeing to extend the time for Best Buy to answer or |
| 8 | otherwise respond to SpeedTrack's Complaint to November 20, 2009; |
| 9 | WHEREAS, the parties to this Action filed a Joint Stipulation and [Proposed] Order Staying |
| 10 | Action on November 16, 2009 [Docket No. 48] wherein the parties agree that this case should be |
| 11 | stayed until such time as both (i) the reexamination of the '360 patent is resolved and (ii) judgment |
| 12 | in SpeedTrack, Inc. v. Wal-Mart Stores, Inc., et. al., Case No. 06-CV-07336-PJH ("the Wal-Mart |
| 13 | Action") or an order dismissing the Wal-Mart Action is entered; |
| 14 | WHEREAS, the resolution of both the reexamination of the '360 patent and Wal-Mart |
| 15 | Action may substantially narrow the issues involved in this action; |
| 16 | WHEREAS, Best Buy has requested an extension of time to respond to SpeedTrack's |
| 17 | Complaint until at least 21 days after the date of the Court's Order lifting any stay that may be |
| 18 | granted in this action, without prejudice to Best Buy seeking further extensions as appropriate; and |
| 19 | WHEREAS, Best Buy's request for an extension is not made for the purpose of delay. |
| 20 | NOW, THEREFORE, IT IS HEREBY STIPULATED by and between SpeedTrack and Best |
| 21 | Buy through their respective counsel of record, THAT: |
| 22 | The date by which Best Buy must answer or otherwise respond to SpeedTrack's Complaint |
| 23 | shall be extended as follows: If the Court grants a stay of this litigation, then Best Buy shall have 21 |
| 24 | days to answer or otherwise respond to SpeedTrack's Complaint from the date of the Court's order |
| 25 | lifting the stay, without prejudice to Best Buy seeking further extensions as appropriate. If the Court |
| 26 | denies the request to stay, then Best Buy shall have 21 days to answer or otherwise respond from the |
| 27 | date of the Court's order, without prejudice to Best Buy seeking further extensions as appropriate. |
| 28 | |

-1-

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR BEST BUY TO ANSWER
CASE NO. 3:09 CV 04479 JSW

SO STIPULATED.

Dated:  November 19, 2009             SIDLEY AUSTIN LLP

   /s/   Bryan K. Anderson

Of Counsel:                           BRYAN K. ANDERSON (SBN 170666)
                                      bkanderson@sidley.com
RICHARD A. CEDEROTH                   MARC R. ASCOLESE (SBN 251397)
rcederoth@sidley.com                  mascolese@sidley.com
SIDLEY AUSTIN LLP                     SIDLEY AUSTIN LLP
One South Dearborn                    555 California Street, Suite 2000
Chicago, IL  60603                    San Francisco, CA  94104-1715
Telephone:     312-853-7000           Telephone:     415-772-1200
Facsimile:     312-853-7036           Facsimile:     415-772-7400

*Attorneys for Defendants
Best Buy Co., Inc. and BestBuy.com, LLC*

Dated: November 19, 2009              HENNIGAN, BENNETT & DORMAN LLP

   /s/   Alan P. Block

                                      RODERICK G. DORMAN
                                      dormanr@hbdlawyers.com
                                      ALAN P. BLOCK
                                      blocka@hbdlawyers.com
                                      MARC MORRIS
                                      morrism@hbdlawyers.com
                                      HENNIGAN, BENNETT & DORMAN LLP
                                      865 South Figueroa Street, Suite 2900
                                      Los Angeles, CA  90017
                                      Telephone:     213-694-1200
                                      Facsimile:     213-694-1234

*Attorneys for Plaintiff
SpeedTrack, Inc.*

-2-

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR BEST BUY TO ANSWER
CASE NO.  3:09 CV 04479 JSW

Case4:09-cv-04479-JSW   Document 52   Filed 11/30/09   Page 3 of 4

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The date by which Best Buy must answer or otherwise respond to SpeedTrack's Complaint shall be extended as follows: If the Court grants a stay of this litigation, then Best Buy shall have 21 days to answer or otherwise respond to SpeedTrack's Complaint from the date of the Court's order lifting the stay, without prejudice to Best Buy seeking further extensions as appropriate. If the Court denies the request to stay, then Best Buy shall have 21 days to answer or otherwise respond from the date of the Court's order, without prejudice to Best Buy seeking further extensions as appropriate.

Dated: November 30, 2009

*/s/ Jeffrey S. White*
JEFFREY S. WHITE
United States District Judge

-4-
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR BEST BUY TO ANSWER
CASE NO. 3:09 CV 04479 JSW