```
 1  HENNIGAN, BENNETT & DORMAN LLP
    Roderick G. Dorman (SBN 96908)
 2  dormanr@hbdlawyers.com
    Alan P. Block (SBN 143783)
 3  blocka@hbdlawyers.com
    Marc Morris (SBN 183728)
 4  morrism@hbdlawyers.com
    865 South Figueroa Street, Suite 2900
 5  Los Angeles, California 90017
    Telephone: (213) 694-1200
 6  Fax: (213) 694-1234

 7  Attorneys for Plaintiff,
    SPEEDTRACK, INC.,
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPEEDTRACK, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AMAZON.COM, INC.; COSTCO WHOLESALE CORPORATION; 1-800-FLOWERS.COM, INC.; BARNESANDNOBLE.COM, LLC; BARNESANDNOBLE.COM, INC.; THE HOME DEPOT, INC.; NIKE, INC.; NORTHERN TOOL & EQUIPMENT CATALOG CO., INC.; J & R ELECTRONICS, INC.; DELL, INC.; BEST BUY CO.; BEST BUY.COM, LLC; SYSTEMAX, INC.; OFFICEMAX, INC.; MACY'S, INC.; MACYS.COM, INC.; OVERSTOCK.COM, INC.; RECREATIONAL EQUIPMENT, INC.; VALUE VISION INTERNATIONAL, INC., DBA SHOPNBC.COM; B &H FOTO & ELECTRONICS CORP.; HEWLETT-PACKARD COMPANY; REDCATS USA, INC.; RETAIL CONVERGENCE, INC., DBA SMARTBARGAINS.COM, <br><br> Defendants. | Case No. 09-CV-04479-JSW <br><br> **STIPULATED REQUEST FOR ORDER EXTENDING TIME FOR DEFENDANT AMAZON.COM, INC. TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** <br><br> [CIVIL LOCAL RULE 6-2] <br><br> JUDGE:    Hon. Jeffrey S. White |

Case No. 09-CV-04479-JSW                                         STIPULATED REQUEST FOR ORDER EXTENDING
                                                                 DATE FOR AMAZON TO RESPOND TO COMPLAINT

1   WHEREAS, Plaintiff SpeedTrack, Inc. ("SpeedTrack") filed this action for infringement of
2   SpeedTrack's U.S. Patent No. 5,544,360 ("the '360 patent") on September 23, 2009;
3   WHEREAS, SpeedTrack has served its Complaint on Defendant Amazon.com, Inc.
4   ("Amazon") on October 2, 2009;
5   WHEREAS, SpeedTrack and Amazon previously filed a stipulation under Local Rule 6-1(A)
6   on October 16, 2009 (Docket No. 15) agreeing to extend the time for Amazon to answer or
7   otherwise respond to SpeedTrack's Complaint by 30 days to November 23, 2009;
8   WHEREAS SpeedTrack and each Defendant to this action including Amazon have filed a
9   Joint Stipulation on November 16, 2009 asking the Court to stay this litigation until such time as
10  both (i) the reexamination of the '360 patent is resolved and (ii) judgment in the Wal-Mart Action or
11  an order dismissing the Wal-Mart Action is entered (Docket No. 48);
12  WHEREAS, the Court has not yet acted on the parties' Joint Stipulation to stay;
13  WHEREAS, the resolution of both the reexamination of the '360 patent and Wal-Mart
14  Action may substantially narrow the issues involved in this action;
15  WHEREAS, Amazon has requested an extension of time to respond to SpeedTrack's
16  Complaint until at least 21 days after the date of the Court's Order lifting any stay that may be
17  granted in this action, without prejudice to Amazon seeking further extensions as appropriate;
18  WHEREAS, Amazon's request for an extension is not made for the purpose of delay;
19  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties through
20  their respective counsel of record, THAT:
21  The date by which Amazon must answer or otherwise respond to SpeedTrack's Complaint
22  shall be extended as follows: If the Court grants a stay of this litigation pursuant to the parties' Joint
23  Stipulation or otherwise, then Amazon shall have 21 days to answer or otherwise respond to
24  SpeedTrack's Complaint from the date of the Court's order lifting the stay, without prejudice to
25  Amazon seeking further extensions as appropriate. If the Court denies the parties' request to stay,
26  then Amazon shall have 21 days to answer or otherwise respond from the date of the Court's order,
27  without prejudice to Amazon seeking further extensions as appropriate.
28

-1-
Case No. 09-CV-04479-JSW                STIPULATED REQUEST FOR ORDER EXTENDING
                                        DATE FOR AMAZON TO RESPOND TO COMPLAINT

SO STIPULATED.

DATED: November 30, 2009    HENNIGAN, BENNETT & DORMAN LLP

By _____
Roderick G. Dorman
Alan P. Block
Marc Morris
Omer Salik

Attorneys for Plaintiff,
SPEEDTRACK, INC.,

DATED: November 25, 2009    AMAZON.COM, INC.

By _____
Kathryn Sheehan       SBN 223359

Attorneys for Defendant,
AMAZON.COM, INC.

### [Proposed] Order

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The date by which Amazon must answer or otherwise respond to SpeedTrack's Complaint shall be extended as follows: If the Court grants a stay of this litigation pursuant to the parties' Joint Stipulation or otherwise, then Amazon shall have 21 days to answer or otherwise respond to SpeedTrack's Complaint from the date of the Court's order lifting the stay, without prejudice to Amazon seeking further extensions as appropriate. If the Court denies the parties' request to stay, then Amazon shall have 21 days to answer or otherwise respond from the date of the Court's order, without prejudice to Amazon seeking further extensions as appropriate.

DATED: November 30, 2009

By _____
Hon. Jeffrey S. White
United States District Judge

-2-
Case No. 09-CV-04479-JSW    STIPULATED REQUEST FOR ORDER EXTENDING
DATE FOR AMAZON TO RESPOND TO COMPLAINT