HENNIGAN, BENNETT & DORMAN LLP
Roderick G. Dorman (SBN 96908)
dormanr@hbdlawyers.com
Alan P. Block (SBN 143783)
blocka@hbdlawyers.com
Marc Morris (SBN 183728)
morrism@hbdlawyers.com
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Fax: (213) 694-1234

Attorneys for Plaintiff,
SPEEDTRACK, INC.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPEEDTRACK, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AMAZON.COM, INC.; COSTCO WHOLESALE CORPORATION; 1-800-FLOWERS.COM, INC.; BARNESANDNOBLE.COM, LLC; BARNESANDNOBLE.COM, INC.; THE HOME DEPOT, INC.; NIKE, INC.; NORTHERN TOOL & EQUIPMENT CATALOG CO., INC.; J & R ELECTRONICS, INC.; DELL, INC.; BEST BUY CO.; BEST BUY.COM, LLC; SYSTEMAX, INC.; OFFICEMAX, INC.; MACY'S, INC.; MACYS.COM, INC.; OVERSTOCK.COM, INC.; RECREATIONAL EQUIPMENT, INC.; VALUE VISION INTERNATIONAL, INC., DBA SHOPNBC.COM; B &H FOTO & ELECTRONICS CORP.; HEWLETT-PACKARD COMPANY; REDCATS USA, INC.; RETAIL CONVERGENCE, INC., DBA SMARTBARGAINS.COM, <br><br> Defendants. | Case No.09-CV-04479-JSW <br><br> **STIPULATED REQUEST FOR ORDER EXTENDING TIME FOR DEFENDANT COSTCO WHOLESALE CORPORATION TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** <br><br> [CIVIL LOCAL RULE 6-2] <br><br> JUDGE:   Hon. Jeffrey S. White |

Case No. 09-CV-04479-JSW                STIPULATED REQUEST FOR ORDER EXTENDING
                                        DATE FOR COSTCO TO RESPOND TO COMPLAINT

1     WHEREAS, Plaintiff SpeedTrack, Inc. ("SpeedTrack") filed this action for infringement of

2  SpeedTrack's U.S. Patent No. 5,544,360 ("the '360 patent") on September 23, 2009;

3     WHEREAS, SpeedTrack has served its Complaint on Defendant Costco Wholesale

4  Corporation ("Costco") on October 1, 2009;

5     WHEREAS, SpeedTrack and Costco previously filed a stipulation under Local Rule 6-1(A)

6  on October 19, 2009 (Docket No. 20) agreeing to extend the time for Costco to answer or otherwise

7  respond to SpeedTrack's Complaint by 30 days to November 20, 2009;

8     WHEREAS SpeedTrack and each Defendant to this action including Costco have filed a

9  Joint Stipulation on November 16, 2009 asking the Court to stay this litigation until such time as

10 both (i) the reexamination of the '360 patent is resolved and (ii) judgment in the Wal-Mart Action or

11 an order dismissing the Wal-Mart Action is entered (Docket No. 48);

12    WHEREAS, the Court has not yet acted on the parties' Joint Stipulation to stay;

13    WHEREAS, the resolution of both the reexamination of the '360 patent and Wal-Mart

14 Action may substantially narrow the issues involved in this action;

15    WHEREAS, Costco has requested an extension of time to respond to SpeedTrack's

16 Complaint until at least 21 days after the date of the Court's Order lifting any stay that may be

17 granted in this action, without prejudice to Costco seeking further extensions as appropriate;

18    WHEREAS, Costco's request for an extension is not made for the purpose of delay;

19    NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties through

20 their respective counsel of record, THAT:

21    The date by which Costco must answer or otherwise respond to SpeedTrack's Complaint

22 shall be extended as follows: If the Court grants a stay of this litigation pursuant to the parties' Joint

23 Stipulation or otherwise, then Costco shall have 21 days to answer or otherwise respond to

24 SpeedTrack's Complaint from the date of the Court's order lifting the stay, without prejudice to

25 Costco seeking further extensions as appropriate. If the Court denies the parties' request to stay,

26 then Costco shall have 21 days to answer or otherwise respond from the date of the Court's order,

27 without prejudice to Costco seeking further extensions as appropriate.

28

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

-1-
Case No. 09-CV-04479-JSW           STIPULATED REQUEST FOR ORDER EXTENDING
                                   DATE FOR COSTCO TO RESPOND TO COMPLAINT

1   SO STIPULATED.

2   DATED: November 20, 2009                    HENNIGAN, BENNETT & DORMAN LLP

4                                                By      /s/ Alan P. Block
                                                    Roderick G. Dorman
                                                    Alan P. Block
5                                                   Marc Morris
                                                    Omer Salik

7   Attorneys for Plaintiff,
    SPEEDTRACK, INC.,

8   DATED: November 20, 2009                    PERKINS COIE LLP

10                                               By     /s/ Gigi C. Hoang
                                                    Gigi C. Hoang (SBN 241182)

11  Attorneys for Defendant,
    COSTCO WHOLESALE CORPORATION

### [Proposed] Order

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The date by which Costco must answer or otherwise respond to SpeedTrack's Complaint shall be extended as follows: If the Court grants a stay of this litigation pursuant to the parties' Joint Stipulation or otherwise, then Costco shall have 21 days to answer or otherwise respond to SpeedTrack's Complaint from the date of the Court's order lifting the stay, without prejudice to Costco seeking further extensions as appropriate. If the Court denies the parties' request to stay, then Costco shall have 21 days to answer or otherwise respond from the date of the Court's order, without prejudice to Costco seeking further extensions as appropriate.

DATED:  November 30, 2009

By  /s/ Jeffrey S. White
Hon. Jeffrey S. White
United States District Judge

-2-

Case No. 09-CV-04479-JSW          STIPULATED REQUEST FOR ORDER EXTENDING
                                  DATE FOR COSTCO TO RESPOND TO COMPLAINT