HENNIGAN, BENNETT & DORMAN LLP
Roderick G. Dorman (SBN 96908)
dormanr@hbdlawyers.com
Alan P. Block (SBN 143783)
blocka@hbdlawyers.com
Marc Morris (SBN 183728)
morrism@hbdlawyers.com
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Fax: (213) 694-1234

Attorneys for Plaintiff,
SPEEDTRACK, INC.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPEEDTRACK, INC., | Case No. 09-CV-04479-JSW |
| Plaintiff, | |
| vs. | **STIPULATED REQUEST FOR ORDER EXTENDING TIME FOR DEFENDANT J&R ELECTRONICS, INC. TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |
| AMAZON.COM, INC.; COSTCO WHOLESALE CORPORATION; 1-800-FLOWERS.COM, INC.; BARNESANDNOBLE.COM, LLC; BARNESANDNOBLE.COM, INC.; THE HOME DEPOT, INC.; NIKE, INC.; NORTHERN TOOL & EQUIPMENT CATALOG CO., INC.; J & R ELECTRONICS, INC.; DELL, INC.; BEST BUY CO.; BEST BUY.COM, LLC; SYSTEMAX, INC.; OFFICEMAX, INC.; MACY'S, INC.; MACYS.COM, INC.; OVERSTOCK.COM, INC.; RECREATIONAL EQUIPMENT, INC.; VALUE VISION INTERNATIONAL, INC., DBA SHOPNBC.COM; B &H FOTO & ELECTRONICS CORP.; HEWLETT-PACKARD COMPANY; REDCATS USA, INC.; RETAIL CONVERGENCE, INC., DBA SMARTBARGAINS.COM, | [CIVIL LOCAL RULE 6-2]<br><br>JUDGE: Hon. Jeffrey S. White |
| Defendants. | |

Case No. 09-CV-04479-JSW
STIPULATED REQUEST FOR ORDER EXTENDING DATE FOR J&R ELECTRONICS TO RESPOND TO COMPLAINT

1  WHEREAS, Plaintiff SpeedTrack, Inc. ("SpeedTrack") filed this action for infringement of SpeedTrack's U.S. Patent No. 5,544,360 ("the '360 patent") on September 23, 2009;

3  WHEREAS, SpeedTrack has served its Complaint on Defendant J&R Electronics, Inc. ("J&R Electronics") on October 2, 2009;

5  WHEREAS, SpeedTrack and J&R Electronics previously filed a stipulation under Local Rule 6-1(A) on October 21, 2009 (Docket No. 31) agreeing to extend the time for J&R Electronics to answer or otherwise respond to SpeedTrack's Complaint by 30 days to November 23, 2009;

8  WHEREAS, in view of the above-recited circumstances, SpeedTrack and each Defendant to this action including J&R Electronics have filed a Joint Stipulation on November 16, 2009 asking the Court to stay this litigation until such time as both (i) the reexamination of the '360 patent is resolved and (ii) judgment in the Wal-Mart Action or an order dismissing the Wal-Mart Action is entered (Docket No. 48);

13  WHEREAS, the Court has not yet acted on the parties' Joint Stipulation to stay;

14  WHEREAS, the resolution of both the reexamination of the '360 patent and Wal-Mart Action may substantially narrow the issues involved in this action;

16  WHEREAS, J&R Electronics has requested an extension of time to respond to SpeedTrack's Complaint until at least 21 days after the date of the Court's Order lifting any stay that may be granted in this action, without prejudice to J&R Electronics seeking further extensions as appropriate;

20  WHEREAS, J&R Electronics' request for an extension is not made for the purpose of delay;

21  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties THAT:

22  The date by which J&R Electronics must answer or otherwise respond to SpeedTrack's Complaint shall be extended as follows: If the Court grants a stay of this litigation pursuant to the parties' Joint Stipulation or otherwise, then J&R Electronics shall have 21 days to answer or otherwise respond to SpeedTrack's Complaint from the date of the Court's order lifting the stay, without prejudice to J&R Electronics seeking further extensions as appropriate. If the Court denies the parties' request to stay, then J&R Electronics shall have 21 days to answer or otherwise respond

from the date of the Court's order, without prejudice to J&R Electronics seeking further extensions as appropriate.

SO STIPULATED.

DATED: November 20, 2009          HENNIGAN, BENNETT & DORMAN LLP

                                  By _____
                                     Roderick G. Dorman
                                     Alan P. Block
                                     Marc Morris
                                     Omer Salik

                                  Attorneys for Plaintiff,
                                  SPEEDTRACK, INC.,

DATED: November 20, 2009          J&R ELECTRONICS, INC.

                                  By _____
                                     Stuart Kovar

### [Proposed] Order

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The date by which J & R Electronics must answer or otherwise respond to SpeedTrack's Complaint shall be extended as follows: If the Court grants a stay of this litigation pursuant to the parties' Joint Stipulation or otherwise, then J & R Electronics shall have 21 days to answer or otherwise respond to SpeedTrack's Complaint from the date of the Court's order lifting the stay, without prejudice to J & R Electronics seeking further extensions as appropriate. If the Court denies the parties' request to stay, then J & R Electronics shall have 21 days to answer or otherwise respond from the date of the Court's order, without prejudice to J & R Electronics seeking further extensions as appropriate.

DATED:    November 30, 2009

                                  By _____
                                     Hon. Jeffrey S. White
                                     United States District Judge