```
 1  HENNIGAN, BENNETT & DORMAN LLP
    Roderick G. Dorman (SBN 96908)
 2  dormanr@hbdlawyers.com
    Alan P. Block (SBN 143783)
 3  blocka@hbdlawyers.com
    Marc Morris (SBN 183728)
 4  morrism@hbdlawyers.com
    865 South Figueroa Street, Suite 2900
 5  Los Angeles, California 90017
    Telephone: (213) 694-1200
 6  Fax: (213) 694-1234

 7  Attorneys for Plaintiff,
    SPEEDTRACK, INC.,
 8
```

Hennigan, Bennett & Dorman llp
lawyers
los angeles, california

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SPEEDTRACK, INC., | Case No. 09-CV-04479-JSW |
| Plaintiff, | |
| vs. | **STIPULATED REQUEST FOR ORDER EXTENDING TIME FOR DEFENDANT NIKE, INC. TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |
| AMAZON.COM, INC.; COSTCO WHOLESALE CORPORATION; 1-800-FLOWERS.COM, INC.; BARNESANDNOBLE.COM, LLC; BARNESANDNOBLE.COM, INC.; THE HOME DEPOT, INC.; NIKE, INC.; NORTHERN TOOL & EQUIPMENT CATALOG CO., INC.; J & R ELECTRONICS, INC.; DELL, INC.; BEST BUY CO.; BEST BUY.COM, LLC; SYSTEMAX, INC.; OFFICEMAX, INC.; MACY'S, INC.; MACYS.COM, INC.; OVERSTOCK.COM, INC.; RECREATIONAL EQUIPMENT, INC.; VALUE VISION INTERNATIONAL, INC., DBA SHOPNBC.COM; B &H FOTO & ELECTRONICS CORP.; HEWLETT-PACKARD COMPANY; REDCATS USA, INC.; RETAIL CONVERGENCE, INC., DBA SMARTBARGAINS.COM, | [CIVIL LOCAL RULE 6-2]<br><br>JUDGE:   Hon. Jeffrey S. White |
| Defendants. | |

1  WHEREAS, Plaintiff SpeedTrack, Inc. ("SpeedTrack") filed this action for infringement of SpeedTrack's U.S. Patent No. 5,544,360 ("the '360 patent") on September 23, 2009;

WHEREAS, SpeedTrack has served its Complaint on Defendant Nike, Inc. ("Nike") on October 2, 2009;

WHEREAS, SpeedTrack and Nike previously filed a stipulation under Local Rule 6-1(A) on October 27, 2009 (Docket No. 42) agreeing to extend the time for Nike to answer or otherwise respond to SpeedTrack's Complaint by 30 days to November 23, 2009;

WHEREAS SpeedTrack and each Defendant to this action including Nike have filed a Joint Stipulation on November 16, 2009 asking the Court to stay this litigation until such time as both (i) the reexamination of the '360 patent is resolved and (ii) judgment in the Wal-Mart Action or an order dismissing the Wal-Mart Action is entered (Docket No. 48);

WHEREAS, the Court has not yet acted on the parties' Joint Stipulation to stay;

WHEREAS, the resolution of both the reexamination of the '360 patent and Wal-Mart Action may substantially narrow the issues involved in this action;

WHEREAS, Nike has requested an extension of time to respond to SpeedTrack's Complaint until at least 21 days after the date of the Court's Order lifting any stay that may be granted in this action, without prejudice to Nike seeking further extensions as appropriate;

WHEREAS, Nike's request for an extension is not made for the purpose of delay;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties through their respective counsel of record, THAT:

The date by which Nike must answer or otherwise respond to SpeedTrack's Complaint shall be extended as follows: If the Court grants a stay of this litigation pursuant to the parties' Joint Stipulation or otherwise, then Nike shall have 21 days to answer or otherwise respond to SpeedTrack's Complaint from the date of the Court's order lifting the stay, without prejudice to Nike seeking further extensions as appropriate. If the Court denies the parties' request to stay, then Nike shall have 21 days to answer or otherwise respond from the date of the Court's order, without prejudice to Nike seeking further extensions as appropriate.

1  SO STIPULATED.

2  DATED: November 20, 2009            HENNIGAN, BENNETT & DORMAN LLP

   By _____
   Roderick G. Dorman
   Alan P. Block
   Marc Morris
   Omer Salik

   Attorneys for Plaintiff,
   SPEEDTRACK, INC.,

8  DATED: November 20, 2009            NIKE, INC.

   By _Julianne Davis_____
   Julianne Davis

   Attorneys for Defendant,
   NIKE, INC.

### ~~[Proposed]~~ Order

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The date by which Nike must answer or otherwise respond to SpeedTrack's Complaint shall be extended as follows: If the Court grants a stay of this litigation pursuant to the parties' Joint Stipulation or otherwise, then Nike shall have 21 days to answer or otherwise respond to SpeedTrack's Complaint from the date of the Court's order lifting the stay, without prejudice to Nike seeking further extensions as appropriate. If the Court denies the parties' request to stay, then Nike shall have 21 days to answer or otherwise respond from the date of the Court's order, without prejudice to Nike seeking further extensions as appropriate.

DATED: November 30, 2009

By _Jeffrey S. White_____
Hon. Jeffrey S. White
United States District Judge

-2-

Case No. 09-CV-04479-JSW                STIPULATED REQUEST FOR ORDER EXTENDING
                                        DATE FOR NIKE TO RESPOND TO COMPLAINT