HENNIGAN, BENNETT & DORMAN LLP
Roderick G. Dorman (SBN 96908)
dormanr@hbdlawyers.com
Alan P. Block (SBN 143783)
blocka@hbdlawyers.com
Marc Morris (SBN 183728)
morrism@hbdlawyers.com
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Fax: (213) 694-1234

Attorneys for Plaintiff,
SPEEDTRACK, INC.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPEEDTRACK, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AMAZON.COM, INC.; COSTCO WHOLESALE CORPORATION; 1-800-FLOWERS.COM, INC.; BARNESANDNOBLE.COM, LLC; BARNESANDNOBLE.COM, INC.; THE HOME DEPOT, INC.; NIKE, INC.; NORTHERN TOOL & EQUIPMENT CATALOG CO., INC.; J & R ELECTRONICS, INC.; DELL, INC.; BEST BUY CO.; BEST BUY.COM, LLC; SYSTEMAX, INC.; OFFICEMAX, INC.; MACY'S, INC.; MACYS.COM, INC.; OVERSTOCK.COM, INC.; RECREATIONAL EQUIPMENT, INC.; VALUE VISION INTERNATIONAL, INC., DBA SHOPNBC.COM; B &H FOTO & ELECTRONICS CORP.; HEWLETT-PACKARD COMPANY; REDCATS USA, INC.; RETAIL CONVERGENCE, INC., DBA SMARTBARGAINS.COM, <br><br> Defendants. | Case No.09-CV-04479-JSW <br><br> **STIPULATED REQUEST FOR ORDER EXTENDING TIME FOR DEFENDANT NORTHERN TOOL & EQUIPMENT CATALOG COMPANY, INC. TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** <br><br> [CIVIL LOCAL RULE 6-2] <br><br> JUDGE:   Hon. Jeffrey S. White |

Case No. 09-CV-04479-JSW                    STIPULATED REQUEST FOR ORDER EXTENDING
                                            DATE FOR NORTHERN TOOL TO RESPOND TO COMPLAINT

1    WHEREAS, Plaintiff SpeedTrack, Inc. ("SpeedTrack") filed this action for infringement of
2 SpeedTrack's U.S. Patent No. 5,544,360 ("the '360 patent") on September 23, 2009;

3    WHEREAS, SpeedTrack has served its Complaint on Defendant Northern Tool &
4 Equipment Catalog Company, Inc. ("Northern Tool") on October 2, 2009;

5    WHEREAS, SpeedTrack and Northern Tool previously filed a stipulation under Local Rule
6 6-1(A) on October 23, 2009 (Docket No. 41) agreeing to extend the time for Northern Tool to
7 answer or otherwise respond to SpeedTrack's Complaint by 30 days to November 23, 2009;

8    WHEREAS, in view of the above-recited circumstances, SpeedTrack and each Defendant to
9 this action including Northern Tool have filed a Joint Stipulation on November 16, 2009 asking the
10 Court to stay this litigation until such time as both (i) the reexamination of the '360 patent is
11 resolved and (ii) judgment in the Wal-Mart Action or an order dismissing the Wal-Mart Action is
12 entered (Docket No. 48);

13    WHEREAS, the resolution of both the reexamination of the '360 patent and Wal-Mart
14 Action may substantially narrow the issues involved in this action;

15    WHEREAS, Northern Tool has requested an extension of time to respond to SpeedTrack's
16 Complaint until at least 21 days after the date of the Court's Order lifting any stay that may be
17 granted in this action, without prejudice to Northern Tool seeking further extensions as appropriate;

18    WHEREAS, Northern Tool's request for an extension is not made for the purpose of delay;

19    NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties through
20 their respective counsel of record, THAT:

21    The date by which Northern Tool must answer or otherwise respond to SpeedTrack's
22 Complaint shall be extended as follows: If the Court grants a stay of this litigation pursuant to the
23 parties' Joint Stipulation or otherwise, then Northern Tool shall have 21 days to answer or otherwise
24 respond to SpeedTrack's Complaint from the date of the Court's order lifting the stay, without
25 prejudice to Northern Tool seeking further extensions as appropriate. If the Court denies the parties'
26 request to stay, then Northern Tool shall have 21 days to answer or otherwise respond from the date
27 of the Court's order, without prejudice to Northern Tool seeking further extensions as appropriate.

28

-1-
Case No. 09-CV-04479-JSW    STIPULATED REQUEST FOR ORDER EXTENDING
DATE FOR NORTHERN TOOL TO RESPOND TO COMPLAINT

SO STIPULATED.

DATED: November 20, 2009

HENNIGAN, BENNETT & DORMAN LLP

By _____
Roderick G. Dorman
Alan P. Block
Marc Morris
Omer Salik

Attorneys for Plaintiff,
SPEEDTRACK, INC.,

DATED: November 20, 2009

NORTHERN TOOL & EQUIPMENT CATALOG CO., INC.

By _____

### ~~[Proposed]~~ Order

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The date by which Northern Tool must answer or otherwise respond to SpeedTrack's Complaint shall be extended as follows: If the Court grants a stay of this litigation pursuant to the parties' Joint Stipulation or otherwise, then Northern Tool shall have 21 days to answer or otherwise respond to SpeedTrack's Complaint from the date of the Court's order lifting the stay, without prejudice to Northern Tool seeking further extensions as appropriate. If the Court denies the parties' request to stay, then Northern Tool shall have 21 days to answer or otherwise respond from the date of the Court's order, without prejudice to Northern Tool seeking further extensions as appropriate.

DATED: November 30, 2009

By _____
Hon. Jeffrey S. White
United States District Judge

Case No. 09-CV-04479-JSW

-2-

STIPULATED REQUEST FOR ORDER EXTENDING DATE FOR NORTHERN TOOL TO RESPOND TO COMPLAINT