HENNIGAN, BENNETT & DORMAN LLP
Roderick G. Dorman (SBN 96908)
dormanr@hbdlawyers.com
Alan P. Block (SBN 143783)
blocka@hbdlawyers.com
Marc Morris (SBN 183728)
morrism@hbdlawyers.com
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Fax: (213) 694-1234

Attorneys for Plaintiff,
SPEEDTRACK, INC.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPEEDTRACK, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AMAZON.COM, INC.; COSTCO WHOLESALE CORPORATION; 1-800-FLOWERS.COM, INC.; BARNESANDNOBLE.COM, LLC; BARNESANDNOBLE.COM, INC.; THE HOME DEPOT, INC.; NIKE, INC.; NORTHERN TOOL & EQUIPMENT CATALOG CO., INC.; J & R ELECTRONICS, INC.; DELL, INC.; BEST BUY CO.; BEST BUY.COM, LLC; SYSTEMAX, INC.; OFFICEMAX, INC.; MACY'S, INC.; MACYS.COM, INC.; OVERSTOCK.COM, INC.; RECREATIONAL EQUIPMENT, INC.; VALUE VISION INTERNATIONAL, INC., DBA SHOPNBC.COM; B &H FOTO & ELECTRONICS CORP.; HEWLETT-PACKARD COMPANY; REDCATS USA, INC.; RETAIL CONVERGENCE, INC., DBA SMARTBARGAINS.COM, <br><br> Defendants. | Case No.09-CV-04479-JSW <br><br> **STIPULATED REQUEST FOR ORDER EXTENDING TIME FOR DEFENDANT REDCATS USA, INC. TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** <br><br> [CIVIL LOCAL RULE 6-2] <br><br> JUDGE:   Hon. Jeffrey S. White |

Case No. 09-CV-04479-JSW           STIPULATED REQUEST FOR ORDER EXTENDING DATE
                                   FOR REDCATS USA TO RESPOND TO COMPLAINT

1   WHEREAS, Plaintiff SpeedTrack, Inc. ("SpeedTrack") filed this action for infringement of

2   SpeedTrack's U.S. Patent No. 5,544,360 ("the '360 patent") on September 23, 2009;

3   WHEREAS, SpeedTrack has served its Complaint on Defendant Redcats USA, Inc.

4   ("Redcats USA") on October 2, 2009;

5   WHEREAS, SpeedTrack and Redcats USA previously filed a stipulation under Local Rule

6   6-1(A) on October 20, 2009 (Docket No. 28) agreeing to extend the time for Redcats USA to answer

7   or otherwise respond to SpeedTrack's Complaint by 30 days to November 23, 2009;

8   WHEREAS SpeedTrack and each Defendant to this action including Redcats USA have filed

9   a Joint Stipulation on November 16, 2009 asking the Court to stay this litigation until such time as

10  both (i) the reexamination of the '360 patent is resolved and (ii) judgment in the Wal-Mart Action or

11  an order dismissing the Wal-Mart Action is entered (Docket No. 48);

12  WHEREAS, the Court has not yet acted on the parties' Joint Stipulation to stay;

13  WHEREAS, the resolution of both the reexamination of the '360 patent and Wal-Mart

14  Action may substantially narrow the issues involved in this action;

15  WHEREAS, Redcats USA has requested an extension of time to respond to SpeedTrack's

16  Complaint until at least 21 days after the date of the Court's Order lifting any stay that may be

17  granted in this action, without prejudice to Redcats USA seeking further extensions as appropriate;

18  WHEREAS, Redcats USA's request for an extension is not made for the purpose of delay;

19  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties through

20  their respective counsel of record, THAT:

21  The date by which Redcats USA must answer or otherwise respond to SpeedTrack's

22  Complaint shall be extended as follows:  If the Court grants a stay of this litigation pursuant to the

23  parties' Joint Stipulation or otherwise, then Redcats USA shall have 21 days to answer or otherwise

24  respond to SpeedTrack's Complaint from the date of the Court's order lifting the stay, without

25  prejudice to Redcats USA seeking further extensions as appropriate.  If the Court denies the parties'

26  request to stay, then Redcats USA shall have 21 days to answer or otherwise respond from the date

27  of the Court's order, without prejudice to Redcats USA seeking further extensions as appropriate.

28

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

-1-
Case No. 09-CV-04479-JSW         STIPULATED REQUEST FOR ORDER EXTENDING DATE
                                 FOR REDCATS USA TO RESPOND TO COMPLAINT

1  SO STIPULATED.

2  DATED: November 20, 2009                    HENNIGAN, BENNETT & DORMAN LLP

4           By      /s/ Alan P. Block
                    Roderick G. Dorman
                    Alan P. Block
5                   Marc Morris
                    Omer Salik

            Attorneys for Plaintiff,
7           SPEEDTRACK, INC.,

8  DATED: November 20, 2009                    TURNER BOYD LLP

10          By      /s/ Karen Boyd
                            Karen Boyd

11          Attorney for Defendant,
            REDCATS USA, INC.

### [Proposed] Order

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The date by which Redcats must answer or otherwise respond to SpeedTrack's Complaint shall be extended as follows: If the Court grants a stay of this litigation pursuant to the parties' Joint Stipulation or otherwise, then Redcats USA shall have 21 days to answer or otherwise respond to SpeedTrack's Complaint from the date of the Court's order lifting the stay, without prejudice to Redcats seeking further extensions as appropriate. If the Court denies the parties' request to stay, then Redcats USA shall have 21 days to answer or otherwise respond from the date of the Court's order, without prejudice to Redcats USA seeking further extensions as appropriate.

DATED: November 30, 2009

By _/s/ Jeffrey S. White_
Hon. Jeffrey S. White
United States District Judge

-2-
Case No. 09-CV-04479-JSW     STIPULATED REQUEST FOR ORDER EXTENDING DATE
                             FOR REDCATS USA TO RESPOND TO COMPLAINT