HENNIGAN, BENNETT & DORMAN LLP
Roderick G. Dorman (SBN 96908)
dormanr@hbdlawyers.com
Alan P. Block (SBN 143783)
blocka@hbdlawyers.com
Marc Morris (SBN 183728)
morrism@hbdlawyers.com
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Fax: (213) 694-1234

Attorneys for Plaintiff,
SPEEDTRACK, INC.,

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SPEEDTRACK, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AMAZON.COM, INC.; COSTCO WHOLESALE CORPORATION; 1-800-FLOWERS.COM, INC.; BARNESANDNOBLE.COM, LLC; BARNESANDNOBLE.COM, INC.; THE HOME DEPOT, INC.; NIKE, INC.; NORTHERN TOOL & EQUIPMENT CATALOG CO., INC.; J & R ELECTRONICS, INC.; DELL, INC.; BEST BUY CO.; BEST BUY.COM, LLC; SYSTEMAX, INC.; OFFICEMAX, INC.; MACY'S, INC.; MACYS.COM, INC.; OVERSTOCK.COM, INC.; RECREATIONAL EQUIPMENT, INC.; VALUE VISION INTERNATIONAL, INC., DBA SHOPNBC.COM; B &H FOTO & ELECTRONICS CORP.; HEWLETT-PACKARD COMPANY; REDCATS USA, INC.; RETAIL CONVERGENCE, INC., DBA SMARTBARGAINS.COM, <br><br> Defendants. | Case No. 09-CV-04479-JSW <br><br> **STIPULATED REQUEST FOR ORDER EXTENDING TIME FOR DEFENDANT RECREATIONAL EQUIPMENT, INC. TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** <br><br> [CIVIL LOCAL RULE 6-2] <br><br> JUDGE:   Hon. Jeffrey S. White |

Case No. 09-CV-04479-JSW                                      STIPULATED REQUEST FOR ORDER EXTENDING
                                                              DATE FOR REI TO RESPOND TO COMPLAINT

WHEREAS, Plaintiff SpeedTrack, Inc. ("SpeedTrack") filed this action for infringement of SpeedTrack's U.S. Patent No. 5,544,360 ("the '360 patent") on September 23, 2009;

WHEREAS, SpeedTrack has served its Complaint on Defendant Recreational Equipment, Inc. ("REI") on October 1, 2009;

WHEREAS, SpeedTrack and REI previously filed a stipulation under Local Rule 6-1(A) on October 20, 2009 (Docket No. 29) agreeing to extend the time for REI to answer or otherwise respond to SpeedTrack's Complaint by 30 days to November 20, 2009;

WHEREAS, the resolution of both the reexamination of the '360 patent and Wal-Mart Action may substantially narrow the issues involved in this action;

WHEREAS, SpeedTrack and each Defendant to this action including REI have filed a Joint Stipulation on November 16, 2009 asking the Court to stay this litigation until such time as both (i) the reexamination of the '360 patent is resolved and (ii) judgment in the Wal-Mart Action or an order dismissing the Wal-Mart Action is entered (Docket No. 48);

WHEREAS, the Court has not yet acted on the parties' Joint Stipulation to stay;

WHEREAS, REI has requested an extension of time to respond to SpeedTrack's Complaint until at least 21 days after the date of the Court's Order lifting any stay that may be granted in this action, without prejudice to REI seeking further extensions as appropriate;

WHEREAS, REI's request for an extension is not made for the purpose of delay;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties through their respective counsel of record, THAT:

The date by which REI must answer or otherwise respond to SpeedTrack's Complaint shall be extended as follows: If the Court grants a stay of this litigation pursuant to the parties' Joint Stipulation or otherwise, then REI shall have 21 days to answer or otherwise respond to SpeedTrack's Complaint from the date of the Court's order lifting the stay, without prejudice to REI seeking further extensions as appropriate. If the Court denies the parties' request to stay, then REI shall have 21 days to answer or otherwise respond from the date of the Court's order, without prejudice to REI seeking further extensions as appropriate.

SO STIPULATED.

DATED: November 19, 2009

HENNIGAN, BENNETT & DORMAN LLP

By /s/ _____
Roderick G. Dorman
Alan P. Block
Marc Morris
Omer Salik

Attorneys for Plaintiff,
SPEEDTRACK, INC.,

DATED: November 19, 2009

K & L GATES

By /s/ _____
Cristofer I. Leffler

Attorneys for Defendant,
RECREATIONAL EQUIPMENT, INC.

[Proposed] Order

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The date by which REI must answer or otherwise respond to SpeedTrack's Complaint shall be extended as follows: If the Court grants a stay of this litigation pursuant to the parties' Joint Stipulation or otherwise, then REI shall have 21 days to answer or otherwise respond to SpeedTrack's Complaint from the date of the Court's order lifting the stay, without prejudice to REI seeking further extensions as appropriate. If the Court denies the parties' request to stay, then REI shall have 21 days to answer or otherwise respond from the date of the Court's order, without prejudice to REI seeking further extensions as appropriate.

DATED: November 30, 2009

By _____
Hon. Jeffrey S. White
United States District Judge

Case No. 09-CV-04479-JSW

-2-

STIPULATED REQUEST FOR ORDER EXTENDING
DATE FOR REI TO RESPOND TO COMPLAINT