HENNIGAN, BENNETT & DORMAN LLP
Roderick G. Dorman (SBN 96908)
dormanr@hbdlawyers.com
Alan P. Block (SBN 143783)
blocka@hbdlawyers.com
Marc Morris (SBN 183728)
morrism@hbdlawyers.com
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Fax: (213) 694-1234

Attorneys for Plaintiff,
SPEEDTRACK, INC.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPEEDTRACK, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC.; COSTCO WHOLESALE CORPORATION; 1-800-FLOWERS.COM, INC.; BARNESANDNOBLE.COM, LLC; BARNESANDNOBLE.COM, INC.; THE HOME DEPOT, INC.; NIKE, INC.; NORTHERN TOOL & EQUIPMENT CATALOG CO., INC.; J & R ELECTRONICS, INC.; DELL, INC.; BEST BUY CO.; BEST BUY.COM, LLC; SYSTEMAX, INC.; OFFICEMAX, INC.; MACY'S, INC.; MACYS.COM, INC.; OVERSTOCK.COM, INC.; RECREATIONAL EQUIPMENT, INC.; VALUE VISION INTERNATIONAL, INC., DBA SHOPNBC.COM; B &H FOTO & ELECTRONICS CORP.; HEWLETT-PACKARD COMPANY; REDCATS USA, INC.; RETAIL CONVERGENCE, INC., DBA SMARTBARGAINS.COM,<br><br>Defendants. | Case No. 09-CV-04479-JSW<br><br>**STIPULATED REQUEST FOR ORDER EXTENDING TIME FOR DEFENDANT RETAIL CONVERGENCE, INC. DBA SMARTBARGAINS.COM TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>[CIVIL LOCAL RULE 6-2]<br><br>JUDGE:     Hon. Jeffrey S. White |

WHEREAS, Plaintiff SpeedTrack, Inc. ("SpeedTrack") filed this action for infringement of SpeedTrack's U.S. Patent No. 5,544,360 ("the '360 patent") on September 23, 2009;

WHEREAS, SpeedTrack has served its Complaint on Defendant Retail Convergence, Inc. dba Smartbargains.co, ("Retail Convergence") on October 2, 2009;

WHEREAS, SpeedTrack and Retail Convergence previously filed a stipulation under Local Rule 6-1(A) on October 21, 2009 (Docket No. 34) agreeing to extend the time for Retail Convergence to answer or otherwise respond to SpeedTrack's Complaint by 30 days to November 23, 2009;

WHEREAS, the resolution of both the reexamination of the '360 patent and Wal-Mart Action may substantially narrow the issues involved in this action;

WHEREAS, SpeedTrack and each Defendant to this action including Retail Convergence have filed a Joint Stipulation on November 16, 2009 asking the Court to stay this litigation until such time as both (i) the reexamination of the '360 patent is resolved and (ii) judgment in the Wal-Mart Action or an order dismissing the Wal-Mart Action is entered (Docket No. 48);

WHEREAS, the Court has not yet acted on the parties' Joint Stipulation to stay;

WHEREAS, Retail Convergence has requested an extension of time to respond to SpeedTrack's Complaint until at least 21 days after the date of the Court's Order lifting any stay that may be granted in this action, without prejudice to Retail Convergence seeking further extensions as appropriate;

WHEREAS, Retail Convergence's request for an extension is not made for the purpose of delay;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties through their respective counsel of record, THAT:

The date by which Retail Convergence must answer or otherwise respond to SpeedTrack's Complaint shall be extended as follows:  If the Court grants a stay of this litigation pursuant to the parties' Joint Stipulation or otherwise, then Retail Convergence shall have 21 days to answer or otherwise respond to SpeedTrack's Complaint from the date of the Court's order lifting the stay,

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

-1-

1   without prejudice to Retail Convergence seeking further extensions as appropriate.  If the Court

2   denies the parties' request to stay, then Retail Convergence shall have 21 days to answer or

3   otherwise respond from the date of the Court's order, without prejudice to Retail Convergence

4   seeking further extensions as appropriate.

5          SO STIPULATED.

6   DATED:  November 20, 2009                    HENNIGAN, BENNETT & DORMAN LLP

7

8                                               By____/s/ Alan P. Block_____
                                                       Roderick G. Dorman
9                                                      Alan P. Block
                                                       Marc Morris
10                                                     Omer Salik

11                                              Attorneys for Plaintiff,
                                                SPEEDTRACK, INC.,

12  DATED:  November 20, 2009                    K&L GATES

13

14                                              By____/s/ Michael J. Bettinger_____
                                                       Michael J. Bettinger

15                                              Attorneys for Defendant,
                                                RETAIL CONVERGENCE, INC. dba
16                                              SMARTBARGAINS.COM

17

18                                  **[Proposed]** Order

19          PURSUANT TO STIPULATION, IT IS SO ORDERED:

20          The date by which Retail Convergence must answer or otherwise respond to SpeedTrack's

21  Complaint shall be extended as follows:  If the Court grants a stay of this litigation pursuant to the

22  parties' Joint Stipulation or otherwise, then Retail Convergence shall have 21 days to answer or

23  otherwise respond to SpeedTrack's Complaint from the date of the Court's order lifting the stay,

24  without prejudice to Retail Convergence seeking further extensions as appropriate.  If the Court

25  denies the parties' request to stay, then Retail Convergence shall have 21 days to answer or

26  ///

27  ///

28

Case No. 09-CV-04479-JSW                         STIPULATED REQUEST FOR ORDER EXTENDING
                                                 DATE FOR RETAIL TO RESPOND TO COMPLAINT

1   otherwise respond from the date of the Court's order, without prejudice to Retail Convergence

2   seeking further extensions as appropriate.

3   DATED:    November 30, 2009

4                                              By _____

5                                                    Hon. Jeffrey S. White
                                                     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 09-CV-04479-JSW                        STIPULATED REQUEST FOR ORDER EXTENDING
                                                DATE FOR RETAIL TO RESPOND TO COMPLAINT

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA