1  HENNIGAN, BENNETT & DORMAN LLP
   Roderick G. Dorman (SBN 96908)
2  dormanr@hbdlawyers.com
   Alan P. Block (SBN 143783)
3  blocka@hbdlawyers.com
   Marc Morris (SBN 183728)
4  morrism@hbdlawyers.com
   865 South Figueroa Street, Suite 2900
5  Los Angeles, California 90017
   Telephone: (213) 694-1200
6  Fax: (213) 694-1234

7  Attorneys for Plaintiff,
   SPEEDTRACK, INC.,

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 SPEEDTRACK, INC.,                    )  Case No. 09-CV-04479-JSW
                                        )
13              Plaintiff,              )
                                        )
14       vs.                            )  **STIPULATED REQUEST FOR ORDER
                                        )  EXTENDING TIME FOR DEFENDANT
15 AMAZON.COM, INC.; COSTCO             )  OFFICEMAX, INC. TO ANSWER OR
   WHOLESALE CORPORATION; 1-800-        )  OTHERWISE RESPOND TO THE
16 FLOWERS.COM, INC.;                   )  COMPLAINT**
   BARNESANDNOBLE.COM, LLC;             )
17 BARNESANDNOBLE.COM, INC.; THE        )  [CIVIL LOCAL RULE 6-2]
   HOME DEPOT, INC.; NIKE, INC.;        )
18 NORTHERN TOOL & EQUIPMENT            )
   CATALOG CO., INC.; J & R             )
19 ELECTRONICS, INC.; DELL, INC.; BEST  )
   BUY CO.; BEST BUY.COM, LLC;          )  JUDGE:    Hon. Jeffrey S. White
20 SYSTEMAX, INC.; OFFICEMAX, INC.;     )
   MACY'S, INC.; MACYS.COM, INC.;       )
21 OVERSTOCK.COM, INC.;                 )
   RECREATIONAL EQUIPMENT, INC.;        )
22 VALUE VISION INTERNATIONAL, INC.,    )
   DBA SHOPNBC.COM; B &H FOTO &         )
23 ELECTRONICS CORP.; HEWLETT-          )
   PACKARD COMPANY; REDCATS USA,        )
24 INC.; RETAIL CONVERGENCE, INC.,      )
   DBA SMARTBARGAINS.COM,               )
25                                      )
                Defendants.             )
26 _____)

27

28

Case No. 09-CV-04479-JSW              STIPULATED REQUEST FOR ORDER EXTENDING DATE
                                      FOR OFFICEMAX TO RESPOND TO COMPLAINT

WHEREAS, Plaintiff SpeedTrack, Inc. ("SpeedTrack") filed this action for infringement of SpeedTrack's U.S. Patent No. 5,544,360 ("the '360 patent") on September 23, 2009;

WHEREAS, SpeedTrack has served its Complaint on Defendant OfficeMax, Inc. ("OfficeMax") on October 1, 2009;

WHEREAS, SpeedTrack and OfficeMax previously filed a stipulation under Local Rule 6-1(A) on October 22, 2009 (Docket No. 35) agreeing to extend the time for OfficeMax to answer or otherwise respond to SpeedTrack's Complaint by 30 days to November 20, 2009;

WHEREAS, SpeedTrack and each Defendant to this action including OfficeMax have filed a Joint Stipulation on November 16, 2009 asking the Court to stay this litigation until such time as both (i) the reexamination of the '360 patent is resolved and (ii) judgment in the Wal-Mart Action or an order dismissing the Wal-Mart Action is entered (Docket No. 48);

WHEREAS, the Court has not yet acted on the parties' Joint Stipulation to stay;

WHEREAS, the resolution of both the reexamination of the '360 patent and Wal-Mart Action may substantially narrow the issues involved in this action;

WHEREAS, OfficeMax has requested an extension of time to respond to SpeedTrack's Complaint until at least 21 days after the date of the Court's Order lifting any stay that may be granted in this action, without prejudice to OfficeMax seeking further extensions as appropriate;

WHEREAS, OfficeMax's request for an extension is not made for the purpose of delay;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties through their respective counsel of record, THAT:

The date by which OfficeMax must answer or otherwise respond to SpeedTrack's Complaint shall be extended as follows: If the Court grants a stay of this litigation pursuant to the parties' Joint Stipulation or otherwise, then OfficeMax shall have 21 days to answer or otherwise respond to SpeedTrack's Complaint from the date of the Court's order lifting the stay, without prejudice to OfficeMax seeking further extensions as appropriate. If the Court denies the parties' request to stay, then OfficeMax shall have 21 days to answer or otherwise respond from the date of the Court's order, without prejudice to OfficeMax seeking further extensions as appropriate.

SO STIPULATED.

DATED: November 23, 2009

HENNIGAN, BENNETT & DORMAN LLP

By _____
Roderick G. Dorman
Alan P. Block
Marc Morris
Omer Salik

Attorneys for Plaintiff,
SPEEDTRACK, INC.,

DATED: November 23, 2009

WILDMAN HARROLD

By _____
John Letchinger

Attorneys for Defendant,
OFFICEMAX, INC.

[Proposed] Order

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The date by which OfficeMax must answer or otherwise respond to SpeedTrack's Complaint shall be extended as follows: If the Court grants a stay of this litigation pursuant to the parties' Joint Stipulation or otherwise, then OfficeMax shall have 21 days to answer or otherwise respond to SpeedTrack's Complaint from the date of the Court's order lifting the stay, without prejudice to OfficeMax seeking further extensions as appropriate. If the Court denies the parties' request to stay, then OfficeMax shall have 21 days to answer or otherwise respond from the date of the Court's order, without prejudice to OfficeMax seeking further extensions as appropriate.

DATED: November 30, 2009

By _____
Hon. Jeffrey S. White
United States District Judge

-2-
Case No. 09-CV-04479-JSW    STIPULATED REQUEST FOR ORDER EXTENDING DATE FOR OFFICEMAX TO RESPOND TO COMPLAINT