HENNIGAN, BENNETT & DORMAN LLP
Roderick G. Dorman (SBN 96908)
dormanr@hbdlawyers.com
Alan P. Block (SBN 143783)
blocka@hbdlawyers.com
Marc Morris (SBN 183728)
morrism@hbdlawyers.com
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Fax: (213) 694-1234

Attorneys for Plaintiff,
SPEEDTRACK, INC.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| SPEEDTRACK, INC., | ) Case No. 09-CV-04479-JSW |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATED REQUEST FOR ORDER EXTENDING TIME FOR DEFENDANT B&H FOTO ELECTRONICS CORP. TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |
| AMAZON.COM, INC.; COSTCO WHOLESALE CORPORATION; 1-800-FLOWERS.COM, INC.; BARNESANDNOBLE.COM, LLC; BARNESANDNOBLE.COM, INC.; THE HOME DEPOT, INC.; NIKE, INC.; NORTHERN TOOL & EQUIPMENT CATALOG CO., INC.; J & R ELECTRONICS, INC.; DELL, INC.; BEST BUY CO.; BEST BUY.COM, LLC; SYSTEMAX, INC.; OFFICEMAX, INC.; MACY'S, INC.; MACYS.COM, INC.; OVERSTOCK.COM, INC.; RECREATIONAL EQUIPMENT, INC.; VALUE VISION INTERNATIONAL, INC., DBA SHOPNBC.COM; B &H FOTO & ELECTRONICS CORP.; HEWLETT-PACKARD COMPANY; REDCATS USA, INC.; RETAIL CONVERGENCE, INC., DBA SMARTBARGAINS.COM, | ) [CIVIL LOCAL RULE 6-2]<br><br>) JUDGE:    Hon. Jeffrey S. White |
| Defendants. | ) |

1  WHEREAS, Plaintiff SpeedTrack, Inc. ("SpeedTrack") filed this action for infringement of SpeedTrack's U.S. Patent No. 5,544,360 ("the '360 patent") on September 23, 2009;

WHEREAS, SpeedTrack has served its Complaint on Defendant B&H Foto Electronics Corp. ("B&H Foto") on October 2, 2009;

WHEREAS, SpeedTrack and B&H Foto previously filed a stipulation under Local Rule 6-1(A) on October 2, 2009 (Docket No. 37) agreeing to extend the time for B&H Foto to answer or otherwise respond to SpeedTrack's Complaint by 30 days to November 23, 2009;

WHEREAS, Plaintiff SpeedTrack, Inc. filed the case of *SpeedTrack, Inc. v. Wal-Mart Stores, Inc., et. al.*, Case No. 06-CV-07336-PJH ("the Wal-Mart Action") for infringement of SpeedTrack's U.S. Patent No. 5,544,360 ("the '360 patent") on November 29, 2006.

WHEREAS, Plaintiff SpeedTrack filed another action, *SpeedTrack, Inc. v. Office Depot, Inc., et. al.*, Case No. 07-CV-03602-PJH ("the Office Depot Action"), also for infringement of the '360 patent, on July 12, 2007.

WHEREAS, on August 13, 2007, the Court held that the Office Depot Action and the Wal-Mart Action are related actions.

WHEREAS, on October 10, 2007, the Court granted the Defendants' motion to stay the Office Depot Action pending the resolution of the Wal-Mart Action and, whereas, the Office Depot Action is currently stayed.

WHEREAS, on January 12, 2009, the United States Patent and Trademark Office granted the Request for Reexamination of the '360 patent filed by Endeca Technologies, Inc.

WHEREAS, on February 5, 2009, the Court granted the Defendants' motion to stay the Wal-Mart Action pending the resolution of the reexamination of the '360 patent.

WHEREAS, the resolution of both the reexamination of the '360 patent and Wal-Mart Action may substantially narrow the issues involved in this action;

WHEREAS, in view of the above-recited circumstances, SpeedTrack and each Defendant to this action including B&H Foto have filed a Joint Stipulation on November 16, 2009 asking the Court to stay this litigation until such time as both (i) the reexamination of the '360 patent is

-1-
Case No. 09-CV-04479-JSW                STIPULATED REQUEST FOR ORDER EXTENDING
                                        DATE FOR B&H TO RESPOND TO COMPLAINT

1  resolved and (ii) judgment in the Wal-Mart Action or an order dismissing the Wal-Mart Action is
2  entered (Docket No. 48);
3        WHEREAS, the Court has not yet acted on the parties' Joint Stipulation to stay;
4        WHEREAS, B&H Foto has requested an extension of time to respond to SpeedTrack's
5  Complaint until at least 21 days after the date of the Court's Order lifting any stay that may be
6  granted in this action, without prejudice to B&H Foto seeking further extensions as appropriate;
7        WHEREAS, B&H Foto's request for an extension is not made for the purpose of delay;
8        NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties through
9  their respective counsel of record, THAT:
10       The date by which B&H Foto must answer or otherwise respond to SpeedTrack's Complaint
11 shall be extended as follows: If the Court grants a stay of this litigation pursuant to the parties' Joint
12 Stipulation or otherwise, then B&H Foto shall have 21 days to answer or otherwise respond to
13 SpeedTrack's Complaint from the date of the Court's order lifting the stay, without prejudice to
14 B&H Foto seeking further extensions as appropriate. If the Court denies the parties' request to stay,
15 then B&H Foto shall have 21 days to answer or otherwise respond from the date of the Court's
16 order, without prejudice to B&H Foto seeking further extensions as appropriate.
17       SO STIPULATED.
18 DATED: November 23, 2009      HENNIGAN, BENNETT & DORMAN LLP

By _____
Roderick G. Dorman
Alan P. Block
Marc Morris
Omer Salik

Attorneys for Plaintiff,
SPEEDTRACK, INC.,

-2-
Case No. 09-CV-04479-JSW       STIPULATED REQUEST FOR ORDER EXTENDING DATE FOR B&H TO RESPOND TO COMPLAINT

DATED: November 23, 2009      KAYE SCHOLER LLP

By /s/ Aaron Stiefel
    Aaron Stiefel

Attorneys for Defendant,
B&H FOTO ELECTRONICS CORP.

[Proposed] Order

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The date by which B & H Foto must answer or otherwise respond to SpeedTrack's Complaint shall be extended as follows: If the Court grants a stay of this litigation pursuant to the parties' Joint Stipulation or otherwise, then B & H Foto shall have 21 days to answer or otherwise respond to SpeedTrack's Complaint from the date of the Court's order lifting the stay, without prejudice to B & H Foto seeking further extensions as appropriate. If the Court denies the parties' request to stay, then B & H Foto shall have 21 days to answer or otherwise respond from the date of the Court's order, without prejudice to B & H Foto seeking further extensions as appropriate.

DATED: November 30, 2009

By /s/ Jeffrey S. White
Hon. Jeffrey S. White
United States District Judge