IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SPEED TRACK, INC.,

    Plaintiff,

v.

AMAZON.COM, et al.,

    Defendants.

No. C 09-4479 JSW

**ORDER REQUIRING STATUS REPORT**

On November 30, 2009, this Court issued an Order staying this case until such time as both (a) the reexamination of the '360 Patent is resolved and (b) judgment or an order dismissing the Wal-Mart Action is entered. The Court HEREBY ORDERS the parties to submit joint status reports regarding the progress of the reexamination proceedings and the Wal-Mart Action. The parties first joint status report shall be due by no later than July 2, 2010, and the parties shall file a joint status report every 120 days thereafter.

**IT IS SO ORDERED.**

Dated: June 16, 2010

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE