HENNIGAN, BENNETT & DORMAN LLP
Roderick G. Dorman (SBN 96908)
dormanr@hbdlawyers.com
Alan P. Block (SBN 143783)
blocka@hbdlawyers.com
Marc Morris (SBN 183728)
morrism@hbdlawyers.com
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Fax: (213) 694-1234

Attorneys for Plaintiff,
SPEEDTRACK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPEEDTRACK, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AMAZON.COM, INC.; COSTCO WHOLESALE CORPORATION; 1-800-FLOWERS.COM, INC.; BARNESANDNOBLE.COM, LLC; BARNESANDNOBLE.COM, INC.; THE HOME DEPOT, INC.; NIKE, INC.; NORTHERN TOOL & EQUIPMENT CATALOG CO., INC.; J & R ELECTRONICS, INC.; DELL, INC.; BEST BUY CO.; BEST BUY.COM, LLC; SYSTEMAX, INC.; OFFICEMAX, INC.; MACY'S, INC.; MACYS.COM, INC.; OVERSTOCK.COM, INC.; RECREATIONAL EQUIPMENT, INC.; VALUE VISION INTERNATIONAL, INC., DBA SHOPNBC.COM; B &H FOTO & ELECTRONICS CORP.; HEWLETT-PACKARD COMPANY; REDCATS USA, INC.; RETAIL CONVERGENCE, INC., DBA SMARTBARGAINS.COM, <br><br> Defendants. | Case No. C-09-4479 JSW <br><br> **JOINT STATUS REPORT** <br><br> DATE: n/a <br> TIME: n/a <br> CTRM: 11, 19th Floor <br> JUDGE: Hon. Jeffrey S. White |

Case No.C-09-4479 JSW                                                                                     Joint Status Report

Pursuant to the June 16, 2010 Order Requiring Status Report (D.I. No. 89), the parties hereby provide the Court with the current status of the pending reexamination of SpeedTrack's U.S. Patent No. 5,544,360 (the "'360 patent") and of the case of *SpeedTrack, Inc. v. Wal-Mart Stores, Inc. et.al.*, Case No. 06-CV-07336-PJH (the "Wal-Mart Action").

Both the reexamination of the '360 patent and the Wal-Mart Action are still currently pending, as discussed below.

Endeca Technologies, Inc. ("Endeca") filed an *ex parte* Request for Reexamination on October 24, 2008, based on eight references and sought reexamination of all of the claims asserted by SpeedTrack in the litigation, i.e., claims 1-4, 7, 11-14, 20 and 21 of the '360 patent. The United States Patent and Trademark Office ("PTO") granted Endeca's Request for Reexamination on January 12, 2009.

On December 10, 2009, the PTO issued its first non-final Office Action. The PTO Office Action confirmed the validity of claim 14 of the '360 patent, which is asserted in the pending litigation against some of the Defendants, but also rejected all of the remaining asserted claims 1-4, 7, 11-13, 20 and 21 of the '360 patent.

On February 24, 2010, SpeedTrack filed with the PTO a written response to the Office Action. The next action is for the PTO to issue a response to SpeedTrack's written response, but the PTO has not yet issued its response.

As the reexamination is still pending, the Wal-Mart Action continues to be stayed at this time.

In accordance with the Court's Order, the parties shall provide the Court with another joint status report on the status of the pending reexamination and the Wal-Mart Action in 120 days, by November 1, 2010.

1  DATED: July 2, 2010                HENNIGAN, BENNETT & DORMAN LLP
2
3                                     By /s/ Alan P. Block
                                          Roderick G. Dorman
4                                         Alan P. Block
                                          Marc Morris
5
                                      Attorneys for Plaintiff
6                                     SpeedTrack, Inc.

7  DATED: July 2, 2010                AMAZON.COM, INC.

8                                     By /s/ Kathryn Sheehan
                                          Kathryn Sheehan
9
                                      Attorneys for Defendant
10                                    Amazon.com, Inc.

11 DATED: July 2, 2010                PERKINS COIE LLP
12
13                                    By /s/ Gigi C. Hoang
                                          Gigi C. Hoang (SBN 241182)
14
                                      Attorneys for Defendant
15                                    Costco Wholesale Corporation

16 DATED: July 2, 2010                1-800-FLOWERS, INC.

17
                                      By /s/ Thomas E. Plasaras
18                                        Thomas E. Plastaras

19
20 DATED: July 2, 2010                BARNESANDNOBLE.COM, LLC AND
                                      BARNESANDNOBLE.COM, INC.
21
22                                    By /s/ Bradley A. Feuer
                                          Bradley A. Feuer
23
   DATED: July 2, 2010                FULBRIGHT & JAWORSKI L.L.P.
24
25                                    By /s/ David D. Bahler
                                          David D. Bahler
26
                                      Attorneys for Defendant
27                                    The Home Depot, Inc.
28

| | | |
|---|---|---|
| 1 | DATED: July 2, 2010 | NIKE, INC. |
| 2 | | |
| 3 | | By /s/ Julianne Davis |
| | | Julianne Davis |
| 4 | | |
| 5 | DATED: | NORTHERN TOOL & EQUIPMENT CATALOG CO., INC. |
| 6 | | |
| 7 | | By See Attached Signature Page |
| | | Alan C. Kotula |
| 8 | | |
| 9 | DATED: July 2, 2010 | J & R ELECTRONICS, INC. |
| 10 | | By /s/ Stuart Kovar |
| | | Stuart Kovar |
| 11 | | |
| 12 | DATED: July 2, 2010 | FARELLA BRAUN + MARTELL LLP |
| 13 | | |
| 14 | | By /s/ Eugene Y. Mar |
| | | Eugene Y. Mar |
| 15 | | Attorneys for Defendant |
| 16 | | Dell.com, Inc. |
| 17 | DATED: July 2, 2010 | SIDLEY AUSTIN LLP |
| 18 | | By /s/ Richard A Cederoth |
| | | Richard A. Cederoth |
| 19 | | |
| 20 | | Attorneys for Defendants Best Buy Co. and Best Buy.com, LLC |
| 21 | DATED: | GREENBERG TRAURIG |
| 22 | | |
| 23 | | By See Attached Signature Page |
| | | Barry J. Schindler |
| 24 | | |
| 25 | | Attorneys for Defendant Systemax, Inc. |

| | | |
|---|---|---|
| 1 | DATED: | NIKE, INC. |
| 2 | | |
| 3 | | By _____<br>Julianne Davis |
| 4 | DATED: 7/2/2010 | NORTHERN TOOL & EQUIPMENT CATALOG CO., INC. |
| 5 | | |
| 6 | | By _/s/ Alan C. Kotula_____<br>Alan C. Kotula |
| 7 | | |
| 8 | DATED: | J & R ELECTRONICS, INC. |
| 9 | | |
| 10 | | By _____<br>Stuart Kovar |
| 11 | | |
| 12 | DATED: | FARELLA BRAUN + MARTELL LLP |
| 13 | | |
| 14 | | By _____<br>Eugene Y. Mar |
| 15 | | Attorneys for Defendant<br>Dell.com, Inc. |
| 16 | | |
| 17 | DATED: | SIDLEY AUSTIN LLP |
| 18 | | By _____<br>Richard A. Cederoth |
| 19 | | |
| 20 | | Attorneys for Defendants<br>Best Buy Co. and Best Buy.com, LLC |
| 21 | DATED: | GREENBERG TRAURIG |
| 22 | | |
| 23 | | By _____<br>Barry J. Schindler |
| 24 | | Attorneys for Defendant<br>Systemax, Inc. |

Hennigan, Bennett & Dorman llp
lawyers
los angeles, california

| | | |
|---|---|---|
| 1 | DATED: | NIKE, INC. |
| 2 | | |
| 3 | | By _____<br>Julianne Davis |
| 4 | | |
| 5 | DATED: | NORTHERN TOOL & EQUIPMENT CATALOG CO., INC. |
| 6 | | |
| 7 | | By _____<br>Alan C. Kotula |
| 8 | | |
| 9 | DATED: | J & R ELECTRONICS, INC. |
| 10 | | By _____<br>Stuart Kovar |
| 11 | | |
| 12 | DATED: | FARELLA BRAUN + MARTELL LLP |
| 13 | | |
| 14 | | By _____<br>Eugene Y. Mar |
| 15 | | Attorneys for Defendant<br>Dell.com, Inc. |
| 16 | | |
| 17 | DATED: | SIDLEY AUSTIN LLP |
| 18 | | By _____<br>Richard A. Cederoth |
| 19 | | |
| 20 | | Attorneys for Defendants<br>Best Buy Co. and Best Buy.com, LLC |
| 21 | DATED: 7/2/2010 | GREENBERG TRAURIG |
| 22 | | |
| 23 | | By /s/ Barry J. Schindler<br>Barry J. Schindler |
| 24 | | Attorneys for Defendant<br>Systemax, Inc. |

Hennigan, Bennett & Dorman llp
lawyers
los angeles, california

| | | |
|---|---|---|
| 1 | DATED: July 2, 2010 | WILDMAN HARROLD |
| 2 | | |
| 3 | | By /s/ John Letchinger<br>John Letchinger |
| 4 | | Attorneys for Defendant<br>OfficeMax, Inc. |
| 5 | DATED: July 2, 2010 | AMSTER, ROTHSTEIN & EBENSTEIN LLP |
| 6 | | |
| 7 | | By /s/ Anthony F. Lo Cicero<br>Anthony F. Lo Cicero |
| 8 | | Attorneys for Defendants<br>Macy's, Inc. and Macys.com, Inc. |
| 9 | | |
| 10 | DATED: | OVERSTOCK.COM, INC. |
| 11 | | |
| 12 | | By _____<br>Mark Griffin* |
| 13 | | Attorneys for Defendant<br>Overstock.com, Inc. |
| 14 | | |
| 15 | | *Despite several attempts, was not able to reach for approval. |
| 16 | DATED: July 2, 2010 | K & L GATES |
| 17 | | |
| 18 | | By /s/ Michael Bettinger<br>Michael Bettinger |
| 19 | | Attorneys for Defendant<br>Recreational Equipment, Inc. |
| 20 | | |
| 21 | DATED: July 2, 2010 | RADER, FISHMAN & GRAUER, PLLC |
| 22 | | |
| 23 | | By /s/ Thomas E. Beijn<br>Thomas E. Bejin |
| 24 | | Attorneys for Defendant<br>Value Vision International, Inc., dba,<br>Shopnbc.com |

| | | |
|---|---|---|
| 1 | DATED: July 2, 2010 | KAYE SCHOLER LLP |
| 2 | | |
| 3 | | By /s/ Aaron Stiefel<br>    Aaron Stiefel |
| 4 | | Attorneys for Defendant<br>B & H Foto & Electronics Corporation |
| 5 | DATED: July 2, 2010 | MORGAN, LEWIS & BOCKIUS LLP |
| 6 | | |
| 7 | | By /s/ Michael J. Lyons<br>    Michael J. Lyons |
| 8 | | |
| 9 | | Attorneys for Defendant<br>Hewlett-Packard Company |
| 10 | DATED: July 2, 2010 | KILPATRICK STOCKTON LLP |
| 11 | | |
| 12 | | By /s/ Matias Ferrario<br>    Matias Ferrario<br>    (*Admitted Pro Hac Vice*) |
| 13 | | |
| 14 | | Attorneys for Defendant<br>Redcats USA, Inc. |
| 15 | DATED: July 2, 2010 | K & L GATES |
| 16 | | |
| 17 | | By /s/ Michael J. Bettinger<br>    Michael J. Bettinger |
| 18 | | Attorneys for Defendant<br>Retail Convergence, Inc., dba,<br>Smartbargains.com |

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA