MORGAN, LEWIS & BOCKIUS LLP
DANIEL JOHNSON, JR., State Bar No. 57409
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: djjohnson@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
MICHAEL J. LYONS, State Bar No. 202284
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: mlyons@morganlewis.com

Attorneys for Defendant
Hewlett-Packard Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPEEDTRACK, INC.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC.; COSTCO WHOLESALE CORPORATION; 1-800-FLOWERS.COM, INC.; BARNESAND NOBLE.COM, LLC; BARNESANDNOBLE.COM, INC.; THE HOME DEPOT, INC.; NIKE, INC.; NORTHERN TOOL & EQUIPMENT CATALOG CO., INC.; J & R ELECTRONICS, INC.; DELL, INC.; BEST BUY CO.; BEST BUY.COM, LLC; SYSTEMAX, INC.; OFFICEMAX, INC.; MACY'S, INC.; MACYS.COM, INC.; OVERSTOCK.COM, INC.; RECREATIONAL EQUIPMENT, INC.; VALUE VISION INTERNATIONAL, INC., DBA SHOPNBC.COM; B & H FOTO & ELECTRONICS CORP.; HEWLETT-PACKARD COMPANY; REDCATS USA, INC.; RETAIL CONVERGENCE, INC., DBA SMARTBARGAINS.COM,<br><br>　　　　Defendants. | **Case No. 3:09-cv-04479-JSW**<br><br>**REQUEST**<br>[PROPOSED] **ORDER GRANTING MOTION FOR ORDER PERMITTING WITHDRAWAL OF COUNSEL PURSUANT TO CIVIL L.R. 11-5 ON BEHALF OF DEFENDANT HEWLETT-PACKARD COMPANY**<br><br>Judge: Hon. Jeffrey S. White |

# [~~PROPOSED~~] ORDER

The Court has reviewed the request by Defendant Hewlett-Packard Company to withdraw Daniel Johnson, Jr., Michael J. Lyons, and Harry F. Doscher of Morgan, Lewis & Bockius LLP as counsel of record for Defendant Hewlett-Packard Company. For good cause appearing, the Court grants the request.

Dated: August 6, 2012

_____
The Honorable Jeffrey S. White
United States District Judge

Morgan, Lewis &
Bockius LLP
Attorneys At Law
Palo Alto

DB2/ 23412845.1

2

[~~PROPOSED~~] ORDER GRANTING ~~MOTION~~ FOR
ORDER PERMITTING WITHDRAWAL OF
COUNSEL (3:09-cv-04479-JSW)