| | |
|---|---|
| 1 | MICHAEL A. JACOBS (SBN 111664) |
|   | mjacobs@mofo.com |
| 2 | GRANT L. KIM (SBN 114989) |
|   | gkim@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 4 | San Francisco, California 94105-2482 |
|   | Telephone: 415.268.7000 |
| 5 | Facsimile: 415.268.7522 |
| 6 | Attorneys for Defendant |
|   | Redcats USA, Inc. |
| 7 | |

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 11 | SPEEDTRACK, INC., | Case No. C-09-4479 JSW |
| 12 | Plaintiff, | |
| 13 | v. | **NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER APPROVING SUBSTITUTION** |
| 14 | AMAZON.COM, INC.; COSTCO WHOLESALE CORPORATION; 1-800-FLOWERS.COM, INC.; BARNESAND NOBLE.COM, LLC; BARNESANDNOBLE.COM, INC.; THE HOME DEPOT, INC.; NIKE, INC.; NORTHERN TOOL & EQUIPMENT CATALOG CO., INC.; J & R ELECTRONICS, INC.; DELL, INC.; BEST BUY CO.; BEST BUY.COM, LLC; SYSTEMAX, INC.; OFFICEMAX, INC.; MACY'S, INC.; MACYS.COM, INC.; OVERSTOCK.COM, INC.; RECREATIONAL EQUIPMENT, INC.; VALUE VISION INTERNATIONAL, INC., DBA SHOPNBC.COM; B & H FOTO & ELECTRONICS CORP.; HEWLETT-PACKARD COMPANY; REDCATS USA, INC.; RETAIL CONVERGENCE, INC., DBA SMARTBARGAINS.COM, | |
| 23 | Defendants. | |

NOTICE OF SUBSTITUTION OF COUNSEL
C-09-4479 JSW
sf-3183807

## NOTICE OF SUBSTITUTION OF COUNSEL

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Defendant REDCATS USA, INC., hereby substitutes Michael A. Jacobs and Grant L. Kim of the law firm Morrison & Foerster LLP as attorneys of record in the place of Matias Ferrario, Steve D. Gardner, and Tonya R. Deem of the law firm KILPATRICK TOWNSEND & STOCKTON LLP, located at 1001 West Fourth Street, Winston-Salem, NC 27101.

Copies of all further notices, papers, pleadings, and orders filed or served upon Defendant should be sent to the undersigned at:

> Michael A. Jacobs, Esq.
> Grant L. Kim
> Morrison & Foerster LLP
> 425 Market Street
> San Francisco, California 94105-2482
> Telephone: 415.268.7000
> Facsimile: 415.268.7522
> Email: mjacobs@mofo.com
> Email: gkim@mofo.com

Dated: August 29, 2012

APPROVED AND AGREED TO BY
REDCATS USA, INC.

By: _____
Amberly Martin
General Counsel, Redcats USA, Inc.

I, Grant L. Kim, certify per Northern District of California Local Rule 11-5 that counsel for all other parties have been given reasonable advance written notice of Morrison & Foerster LLP's substitution as counsel of record, which has been approved by Defendant Redcats USA, Inc. I also attest that Matias Ferrario concurs in the e-filing of this document.

Dated: September 10, 2012

MICHAEL A. JACOBS
GRANT L. KIM
MORRISON & FOERSTER LLP


By: /s/ Grant L. Kim
    Grant L. Kim

Attorneys for Defendant
Redcats USA, Inc.

Dated: September 10, 2012

APPROVED AND AGREED TO BY
KILPATRICK TOWNSEND & STOCKTON LLP


By: /s/ Matias Ferrario
    Matias Ferrario, Present Attorney
    (Admitted Pro Hac Vice)

**APPROVED.**

Dated: September 11, 2012

Honorable JEFFREY S. WHITE
United States District Judge