Colin G. Cabral (CA SBN 296913)
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
Telephone: (310) 557-2900
Facsimile: (310) 557-2193
Email: ccabral@proskauer.com

Attorneys for Defendant
THE HOME DEPOT, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SPEEDTRACK, INC., <br><br>    Plaintiff, <br> v. <br><br> AMAZON.COM, INC.; COSTCO WHOLESALE CORPORATION; 1-800-FLOWERS.COM, INC.; BARNESAND NOBLE.COM, LLC; BARNESANDNOBLE.COM, INC.; THE HOME DEPOT, INC.; NIKE, INC.; NORTHERN TOOL & EQUIPMENT CATALOG CO., INC.; J & R ELECTRONICS, INC.; DELL, INC.; BEST BUY CO.; BEST BUY.COM, LLC; SYSTEMAX, INC.; OFFICEMAX, INC.; MACY'S, INC.; MACYS.COM, INC.; OVERSTOCK.COM, INC.; RECREATIONAL EQUIPMENT, INC.; VALUE VISION INTERNATIONAL, INC., DBA SHOPNBC.COM; B & H FOTO & ELECTRONICS CORP.; HEWLETT-PACKARD COMPANY; REDCATS USA, INC.; RETAIL CONVERGENCE, INC., DBA SMARTBARGAINS.COM, <br><br>    Defendants. | CASE NO. C-09-4479 JSW <br><br> **NOTICE OF SUBSITITUTION OF COUNSEL AND [~~PROPOSED~~] ORDER APPROVING SUBSTITUTION** |

- 1 -

NOTICE OF SUBSTITUTION OF COUNSEL AND [~~PROPOSED~~] ORDER APPROVING SUBSTITUTION
CASE NO. C-09-4479 JSW

1  Notice is hereby given that, subject to approval by the Court, Defendant THE HOME DEPOT,
2  INC. substitutes PROSKAUER ROSE LLP as counsel of record in place of FULBRIGHT &
3  JAWORSKI LLP, in the above-captioned matter.
4  Withdrawing counsel for Defendant THE HOME DEPOT, INC. is:

>   David D. Bahler
>   Fulbright & Jaworski LLP
>   98 San Jacinto Boulevard, Suite 1100
>   Austin, TX 78701-4255
>   Phone: 512-536-3117
>   Fax: 512-536-4598
>   Email: dave.bahler@nortonrosefulbright.com

All further pleadings, orders, and notices should be served upon the following substituted counsel for Defendant THE HOME DEPOT, INC.:

>   Colin G. Cabral
>   Proskauer Rose LLP
>   2049 Century Park East, Suite 3200
>   Los Angeles, CA  90067-3206
>   Phone: (310) 284-5611
>   Fax: (310) 557-2193
>   Email: ccabral@proskauer.com

The undersigned parties consent to the above substitution of counsel pursuant to Northern District of California Local Rule 11-5:

DATED:  August 19, 2014        THE HOME DEPOT, INC.

                               By: ___/s/ Komal Patel_____
                                   Komal Patel, Assistant General Counsel

DATED:  August 19, 2014        FULBRIGHT & JAWORSKI LLP

                               By: ___/s/ David D. Bahler_____
                                   David D. Bahler

- 2 -

NOTICE OF SUBSITUTION OF COUNSEL AND [PROPOSED] ORDER APPROVING SUBSTITUTION
CASE NO. C-09-4479 JSW

1  I hereby attest that I obtained concurrence in the filing of this document from each of the other
2  signatures on this e-filed document.

3  DATED: August 19, 2014          PROSKAUER ROSE LLP

4                                  By: ____/s/ Colin G. Cabral_____
5                                          Colin G. Cabral

6  The above substitution of counsel is approved and so ORDERED.

7
8  DATED: August 21, 2014          _____
                                    Honorable JEFFREY S. WHITE
9                                   United States District Judge

- 3 -

NOTICE OF SUBSITITUTION OF COUNSEL AND [PROPOSED] ORDER APPROVING SUBSTITUTION
CASE NO. C-09-4479 JSW