IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SPEED TRACK, INC.,

    Plaintiff,

v.

AMAZON.COM, et al.,

    Defendants.

No. C 09-4479 JSW

**ORDER REQUIRING FURTHER STATUS REPORT**

On November 30, 2009, this Court issued an Order staying this case until such time as both (a) the reexamination of the '360 Patent is resolved and (b) judgment or an order dismissing the Wal-Mart Action is entered. The Court ordered the parties to submit joint status reports every 120 days regarding the progress of the reexamination proceedings and the Wal-Mart Action.

The parties filed their last joint status report on May 24, 2013. There has been no further status reports filed since that time. The Court HEREBY ORDERS the parties to file a further joint status report or, if appropriate, a dismissal by no later than April 24, 2015.

**IT IS SO ORDERED.**

Dated: April 8, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE