Michael A. Berta (CA SBN 194690)
Email: michael.berta@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA  94111
Telephone:    (415) 471-3100
Facsimile:    (415) 471-3400

Attorneys for Defendants
B&H FOTO & ELECTRONICS CORP.,
OFFICEMAX, INC., OVERSTOCK.COM, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SPEEDTRACK, INC., <br><br>                Plaintiff, <br>     v. <br><br> AMAZON.COM, INC.; BARNESAND NOBLE.COM, LLC; BARNESANDNOBLE.COM, INC.; J & R ELECTRONICS, INC.; DELL, INC.; BEST BUY CO.; BEST BUY.COM, LLC; SYSTEMAX, INC.; OFFICEMAX, INC.; MACY'S, INC.; MACYS.COM, INC.; OVERSTOCK.COM, INC.; RECREATIONAL EQUIPMENT, INC.; VALUE VISION INTERNATIONAL, INC., DBA SHOPNBC.COM; B & H FOTO & ELECTRONICS CORP.; HEWLETT-PACKARD COMPANY; RETAIL CONVERGENCE, INC., DBA SMARTBARGAINS.COM, <br><br>                Defendants. | Case No. 04:09-cv-04479-JSW <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER APPROVING SUBSTITUTION** |

Notice is hereby given that, subject to approval by the Court, Defendants B&H Foto & Electronics Corp. ("B&H Foto"), OfficeMax, Inc. ("OfficeMax"), and Overstock.com, Inc. ("Overstock") substitute ARNOLD & PORTER LLP as counsel of record in place of PROSKAUER ROSE LLP, in the above-captioned matter.

Withdrawing counsel for Defendants B&H Foto, OfficeMax, and Overstock is:

> Colin G. Cabral
> Proskauer Rose LLP
> 2049 Century Park East, Suite 3200
> Los Angeles, CA  90067-3206
> Telephone:  (310) 284-5611
> Facsimile:  (310) 557-2193
> Email:  ccabral@proskauer.com

All further pleadings, orders, and notices should be served upon the following substituted counsel for Defendants B&H Foto, OfficeMax, and Overstock:

> Michael A. Berta
> Arnold & Porter LLP
> Three Embarcadero Center, 10th Floor
> San Francisco, CA  94111
> Telephone:  (415) 471-3100
> Facsimile:  (415) 471-3400
> Email:  michael.berta@aporter.com

The undersigned parties consent to the above substitution of counsel pursuant to Northern District of California Local Rule 11-5:

DATED:  June 14, 2016                B&H FOTO & ELECTRONICS CORP.

By:  */s/ David Eisenberg*
     David Eisenberg, General Counsel

DATED:  June 14, 2016                OFFICEMAX, INC.

By:  */s/ Kindra Hansen*
     Kindra Hansen, Assistant General Counsel

DATED:  June 14, 2016                OVERSTOCK.COM, INC.

By:  */s/ Glen Nickle*
     Glen Nickle, Deputy General Counsel

DATED:  June 14, 2016                PROSKAUER ROSE LLP

By:  */s/ Colin G. Cabral*
     Colin G. Cabral

- 2 -

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatures on this e-filed document.

DATED: June 14, 2016                ARNOLD & PORTER LLP

                                    By:   */s/ Michael A. Berta*
                                          Michael A. Berta

The above substitution of counsel is approved and so ORDERED.

DATED: June 29, 2016

                                    _____
                                    HON. JEFFREY S. WHITE
                                    United States District Judge