1  Elizabeth Rogers Brannen (SBN 226234)
   elizabeth.brannen@strismaher.com
2  STRIS & MAHER LLP
   725 S. Figueroa St., Ste. 1830
3  Los Angeles, CA 90017
   Telephone: (213) 995-6800
4  Facsimile: (213) 995-2708

5  Attorneys for Defendants
   BARNESANDNOBLE.COM, LLC and
6  BARNESANDNOBLE.COM, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SPEEDTRACK, INC., <br><br> Plaintiff, <br> v. <br><br> AMAZON.COM, INC.; BARNESANDNOBLE.COM, LLC; BARNESANDNOBLE.COM, INC.; J & R ELECTRONICS, INC.; DELL, INC.; BEST BUY CO.; BEST BUY.COM, LLC; SYSTEMAX, INC.; OFFICEMAX, INC.; MACY'S, INC.; MACYS.COM, INC.; OVERSTOCK.COM, INC.; RECREATIONAL EQUIPMENT, INC.; VALUE VISION INTERNATIONAL, INC., DBA SHOPNBC.COM; B & H FOTO & ELECTRONICS CORP.; HEWLETT-PACKARD COMPANY; RETAIL CONVERGENCE, INC., DBA SMARTBARGAINS.COM, <br><br> Defendants. | CASE NO. 4:09-cv-04479-JSW <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS BARNESANDNOBLE.COM, LLC, AND BARNESANDNOBLE.COM, INC. AND [~~PROPOSED~~] ORDER APPROVING SUBSTITUTION** <br><br> Judge: Honorable Jeffrey S. White |

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, subject to approval by the Court, Defendants barnesandnoble.com, llc and barnesandnoble.com, Inc. (together with successors-in-interest, "Barnes & Noble") substitute Stris & Maher LLP, as counsel of record in place of BECK, BISMONTE & FINLEY, LLP, in the above-captioned matter.

- 1 -

1 | Withdrawing counsel for Barnes & Noble is:

JOSEPH A. GRECO (Cal. Bar No. 104476)
jgreco@beckllp.com
KIMBERLY P. ZAPATA (Cal. Bar No. 138291)
kzapata@beckllp.com
Beck, Bismonte & Finley, LLP
150 Almaden Boulevard, 10th Floor
San Jose, CA 95113
Telephone:  (408) 938-7900
Facsimile:   (408) 938-0790

Please direct further pleadings, correspondence, and communications to and serve them upon the following substituted counsel for Barnes & Noble:

Elizabeth Rogers Brannen
elizabeth.brannen@strismaher.com
STRIS & MAHER LLP
725 S. Figueroa St., Ste. 1830
Los Angeles, CA 90017
Telephone: (213) 995-6800
Facsimile: (213) 995-2708

The undersigned parties consent to the above substitution of counsel pursuant to Northern District of California Local Rule 11-5:

Dated: May 17, 2016

BARNESANDNOBLE.COM, LLC and
BARNESANDNOBLE.COM, INC.


By: /S/ Bradley A. Feuer
    Bradley A. Feuer, Vice President &
    General Counsel


Dated: May 17, 2016                              BECK, BISMONTE & FINLEY LLP

By: */s/ Joseph A. Greco*
    Joseph A. Greco

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories.

Dated: May 17, 2016                                       STRIS & MAHER LLP


                                                          By: /S/ Elizabeth Rogers Brannen
                                                              Elizabeth Rogers Brannen


**[PROPOSED] ORDER**

The above substitution of counsel is approved and so ORDERED.

DATED:   July 6, 2016
                                                          _____
                                                          Honorable JEFFREY S. WHITE
                                                          United States District Judge