**MCKOOL SMITH HENNIGAN, P.C.**
RODERICK G. DORMAN (SBN 96908)
rdorman@mckoolsmithhennigan.com
ALAN P. BLOCK (SBN 143783)
ablock@mckoolsmithhennigan.com
MARC MORRIS (SBN 183728)
mmorris@mckoolsmithhennigan.com
BRUCE R. MACLEOD (SBN 57674)
bmacleod@mckoolsmithhennigan.com
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
T: (213) 694-1200; F: (213) 694-1234

**MCKOOL SMITH P.C.**
DOUGLAS A. CAWLEY (*admitted pro hac vice*)
dcawley@mckoolsmith.com
NICHOLAS MATHEWS (*admitted pro hac vice*)
nmathews@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas 75201
T: (214) 978-4000; F: (214) 978-4044

**MCKOOL SMITH P.C.**
KATHY H. LI (*admitted pro hac vice*)
kli@mckoolsmith.com
300 W. 6th Street, Suite 1700
Austin, Texas 78701
T: (512) 692-8700; F: (512) 692-8744

Attorneys for Plaintiff SPEEDTRACK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SPEEDTRACK, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC.; BARNESANDNOBLE.COM, LLC; BARNESANDNOBLE.COM, INC.; J & R ELECTRONICS, INC.; DELL, INC.; BEST BUY CO.; BEST BUY.COM, LLC; SYSTEMAX, INC.; OFFICEMAX, INC.; MACY'S, INC.; MACYS.COM, INC.; OVERSTOCK.COM, INC.; RECREATIONAL EQUIPMENT, INC.; VALUE VISION INTERNATIONAL, INC., DBA SHOPNBC.COM; B &H FOTO & ELECTRONICS CORP.; HEWLETT-PACKARD COMPANY; RETAIL | Case No. 4:09-cv-04479-JSW<br><br>**STIPULATED REQUEST FOR ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER THE COMPLAINT TO MARCH 23, 2017**<br><br>[CIVIL LOCAL RULE 6-2]<br><br>JURY TRIAL DEMANDED |

CONVERGENCE, INC., DBA SMARTBARGAINS.COM, )
)
)
Defendants. )
)

WHEREAS, Plaintiff Speed Track, Inc. ("SpeedTrack") filed its Corrected Amended and Supplemental Complaint ("Amended Complaint") on May 18, 2016 (ECF No. 143);

WHEREAS, Defendants filed a Motion to Dismiss on June 15, 2016 (ECF No. 152);

WHEREAS, the Court denied Defendants' Motion to Dismiss on January 23, 2017 (ECF No. 163);

WHEREAS, the deadline for Defendants to answer or otherwise respond to SpeedTrack's Amended Complaint originally was February 6, 2017;

WHEREAS, SpeedTrack and Defendants have reached a first stipulation to extend the time for Defendants to answer or otherwise respond to SpeedTrack's Amended Complaint by 15 days to February 21, 2017;

WHEREAS, Amazon has requested that SpeedTrack extend the time for Amazon to answer an additional 30 days to allow Amazon to provide to SpeedTrack the specifics of its accused methods and to discuss the application of SpeedTrack's doctrine of equivalents theory to these circumstances, which SpeedTrack does not oppose, and

WHEREAS, the effective administration of justice will be promoted by all defendants having the same answer date, and

WHEREAS, this request for an extension is not made for the purpose of delay, but rather to serve the interests of justice, and the change will not alter the date of any event or any deadline already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties through their respective counsel of record, THAT:

The date by which all Defendants shall answer SpeedTrack's Amended Complaint shall be extended to March 23, 2017.

SO STIPULATED.

DATED: February 21, 2017

MCKOOL SMITH HENNIGAN P.C.

By _*/s/ Alan P. Block*_
Alan P. Block

Attorneys for Plaintiff SpeedTrack, Inc.

DATED: February 21, 2017

SIDLEY AUSTIN LLP

By _*/s/ Ash Nagdev*_
Ash Nagdev

Attorneys for Defendants
Amazon.com, Inc.; Retail Convergence, Inc., dba, Smartbargains.com; and Best Buy Co. and Best Buy.com, LLC

DATED: February 21, 2017

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By _*/s/ Melissa J. Baily*_
Melissa J. Baily

Attorneys for Defendants
BarnesAndNoble.com, LLC and
BarnesAndNoble.com, Inc.

DATED: February 21, 2017

FARELLA BRAUN + MARTELL LLP

By _*/s/ Roderick M. Thompson*_
Roderick M. Thompson

Attorneys for Defendant Dell Inc.

DATED: February 21, 2017

GREENBERG TRAURIG

By ______________________________
Barry J. Schindler

Attorneys for Defendant Systemax, Inc.

DATED: February 21, 2017

ARNOLD & PORTER LLP

By *______/s/ Michael A. Berta______*
Michael A. Berta

Attorneys for Defendants
Officemax, Inc., Macys.Inc., Macys.com, Inc., dba Macys.com, LLC, Overstock.com, Inc., Recreational Equipment, Inc., Valuevision International, dba Evine Live, Inc., formerly dba ShopNBC.com, and B&H Foto & Electronics Corp.

DATED: February 21, 2017

NORTON ROSE FULBRIGHT US LLP

By *______/s/ Gilbert A. Greene______*
Gilbert A. Greene

Attorneys for Defendant
Hewlett-Packard Company

**ORDER**

The date by which Defendants shall answer SpeedTrack's Amended Complaint shall be extended to March 23, 2017.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: ____________________

______________________________________
The Hon. Jeffrey White
United States District Judge

**ATTESTATION**

I, Alan P. Block, am the ECF User whose ID and password are being used to file this STIPULATED REQUEST FOR ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER THE COMPLAINT TO MARCH 23, 2017. I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: February 21, 2017

McKool Smith Hennigan, P.C.

/s/ *Alan P. Block*
Alan P. Block

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 21, 2017 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile, U.S. Mail and/or overnight delivery.

*/s/ Yoshie Botta*
Yoshie Botta