| | |
|---|---|
| **MCKOOL SMITH HENNIGAN, P.C.**<br>RODERICK G. DORMAN (SBN 96908)<br>rdorman@mckoolsmithhennigan.com<br>ALAN P. BLOCK (SBN 143783)<br>ablock@mckoolsmithhennigan.com<br>MARC MORRIS (SBN 183728)<br>mmorris@mckoolsmithhennigan.com<br>300 South Grand Avenue, Suite 2900<br>Los Angeles, California 90071<br>T: (213) 694-1200; F: (213) 694-1234<br><br>**MCKOOL SMITH P.C.**<br>DOUGLAS A. CAWLEY (*admitted pro hac*)<br>dcawley@mckoolsmith.com<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>T: (214) 978-4000; F: (214) 978-4044<br><br>**MCKOOL SMITH P.C.**<br>JOHN B. CAMPBELL (*admitted pro hac vice*)<br>jcampbell@mckoolsmith.com<br>300 W. 6th Street, Suite 1700<br>Austin, Texas 78701<br>T: (512) 692-8700; F: (512) 692-8744<br><br>Attorneys for Plaintiff SPEEDTRACK, INC. | **ARNOLD & PORTER KAYE SCHOLER LLP**<br>MICHAEL A. BERTA (SBN 194650)<br>michael.berta@aporter.com<br>RYAN J. CASAMIQUELA (SBN 228559)<br>ryan.casamiquela@aporter.com<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA 94111-4024<br>Telephone: +1 415.471.3100<br>Facsimile: +1 415.471.3400<br><br>Attorneys for Defendants<br>OFFICEMAX, INC.; B & H FOTO &<br>ELECTRONICS CORP.; EVINE LIVE, INC.;<br>MACY'S, INC.; MACYS.COM, LLC;<br>OVERSTOCK.COM, INC.; AND<br>RECREATIONAL EQUIPMENT, INC.<br><br>*ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SPEEDTRACK, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC.; BARNES & NOBLE BOOKSELLERS, INC.; J & R ELECTRONICS, INC.; DELL, INC.; BEST BUY.COM, LLC; SYSTEMAX, INC.; NA TECH DIRECT, INC.; POCAHONTAS CORP; SYX NORTH AMERICAN TECH HOLDINGS LLC; NA TECH COMPUTER SUPPLIES INC.; OFFICEMAX, INC.; MACY'S, INC.; MACYS.COM, LLC; OVERSTOCK.COM, INC.; RECREATIONAL EQUIPMENT, INC.; EVINE LIVE, INC. (f/k/a VALUE VISION INTERNATIONAL, INC., DBA SHOPNBC.COM); B &H FOTO & ELECTRONICS CORP.; HP INC. (f/k/a HEWLETT-PACKARD COMPANY); RETAIL | Case No. 4:09-cv-04479-JSW<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER RE: AMENDMENT TO PARAGRAPH 7.4(B) OF STIPULATED PROTECTIVE ORDER**<br><br>Date: N/A<br>Time: N/A<br>Place: Hon. Kandis A. Westmore<br>       Courtroom 4, Third Fl. |

Case No. 4:09-CV-04479-JSW     JOINT STIPULATION AND [PROPOSED] ORDER RE: AMENDMENT TO PARAGRAPH 7.4(B) OF STIPULATED PROTECTIVE ORDER

IF "" = "1" "**Error! Unknown document property name.**

| | |
|---|---|
| CONVERGENCE.COM, LP, DBA SMARTBARGAINS.COM, | ) ) ) |
| Defendants. | ) ) |

2

Case No. 4:09-CV-04479-JSW   JOINT STIPULATION AND [PROPOSED] ORDER RE: AMENDMENT
TO PARAGRAPH 7.4(B) OF STIPULATED PROTECTIVE ORDER

IF "" = "1" "**Error! Unknown document property name.**

WHEREAS, on April 16, 2018, the Court entered the Parties' Stipulated Protective Order (Dkt. 307).

WHEREAS, Paragraph 7.4(b), regarding disclosure of materials designated as "HIGHLY CONFIDENTIAL – SOURCE CODE," provided that only two Experts of a Receiving Party shall have access to materials so designated: "access to Protective Material designated 'HIGHLY CONFIDENTIAL – SOURCE CODE' shall be limited to up to two (2) Experts of the Receiving Party." (Dkt. 307, at 11).

WHEREAS, the parties agree, and hereby stipulate, that Paragraph 7.4(b) shall be amended to provide that three (3) Experts of a Receiving Party may access to materials designated as "HIGHLY CONFIDENTIAL – SOURCE CODE."

Accordingly, the parties hereby stipulate that Paragraph 7.4 of the Stipulated Protective Order shall be amended to state as follows:

> 7.4 Disclosure of "HIGHLY CONFIDENTIAL – SOURCE CODE" Information or Items. Unless otherwise ordered by the court or permitted in writing by the Designating Party, a Receiving Party may disclose any information or item designated "HIGHLY CONFIDENTIAL – SOURCE CODE" only to:
>
> (a) the Receiving Party's Outside Counsel of Record in this action, as well as employees of said Outside Counsel of Record to whom it is reasonably necessary to disclose the information for this litigation;
>
> (b) Experts of the Receiving Party (1) to whom disclosure is reasonably necessary for this litigation, (2) who have signed the "Acknowledgment and Agreement to Be Bound" (Exhibit A), and (3) as to whom the procedures set forth in paragraph 7.5(a)(2), below, have been followed; provided that access to Protected Material designated "HIGHLY CONFIDENTIAL – SOURCE CODE" shall be limited to up to ~~two (2)~~ <u>three (3)</u> Experts of the Receiving Party;
>
> (c) the court and its personnel;
>
> (d) court reporters and their staff, professional jury or trial consultants, and Professional Vendors to whom disclosure is reasonably necessary for this litigation and who have signed the "Acknowledgment and Agreement to Be Bound" (Exhibit A); and
>
> (e) the author or recipient of a document containing the information or a custodian or other person who otherwise possessed or knew the information.

-1-

Case No. 4:09-CV-04479-JSW     JOINT STIPULATION AND [PROPOSED] ORDER RE: AMENDMENT TO PARAGRAPH 7.4(B) OF STIPULATED PROTECTIVE ORDER

IF "" = "1" "**Error! Unknown document property name.**

IT IS SO STIPULATED, through Counsel of Record.

Respectfully submitted,

DATED: May 22, 2018          MCKOOL SMITH HENNIGAN P.C.

By  */s/ Alan P. Block*
    Alan P. Block

Attorneys for Plaintiff SpeedTrack, Inc.

DATED: May 22, 2018          SIDLEY AUSTIN LLP

By  */s/ Nathanial Love*
    Nathanial Love

Attorneys for Defendants
Amazon.com, Inc.; Dell Inc., and
BestBuy.com, LLC

DATED: May 22, 2018          QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ David Eiseman*
    David Eiseman

Attorneys for Defendants
BarnesAndNoble.com, LLC and
BarnesAndNoble.com, Inc.

DATED: May 22, 2018          FARELLA BRAUN + MARTELL LLP

By  */s/ Roderick M. Thompson*
    Roderick M. Thompson

Attorneys for Defendant Dell Inc.

| | | |
|---|---|---|
| 1 | DATED: May 22, 2018 | ARNOLD & PORTER LLP |
| 2 | | By   */s/ Michael A. Berta* |
| 3 | | Michael A. Berta |
| 4 | | Attorneys for Defendants |
| 5 | | Officemax, Inc., Macys.Inc., Macys.com, Inc., dba Macys.com, LLC, Overstock.com, Inc., Recreational Equipment, Inc., Valuevision International, dba Evine Live, Inc., formerly dba ShopNBC.com, and B&H Foto & Electronics Corp. |

-3-

Case No. 4:09-CV-04479-JSW     JOINT STIPULATION AND [PROPOSED] ORDER RE: AMENDMENT TO PARAGRAPH 7.4(B) OF STIPULATED PROTECTIVE ORDER

IF "" = "1" "**Error! Unknown document property name.**

# ORDER

**IT IS ORDERED** that the forgoing Agreement is approved and Paragraph 7.4 of the Stipulated Protective Order is amended as set forth above.

Dated: 5/29/18

_____
United States Magistrate Judge

-4-

Case No. 4:09-CV-04479-JSW    JOINT STIPULATION AND [PROPOSED] ORDER RE: AMENDMENT TO PARAGRAPH 7.4(B) OF STIPULATED PROTECTIVE ORDER

IF "" = "1" "**Error! Unknown document property name.**

**ATTESTATION**

I, Alan P. Block, am the ECF User whose identification and password are being used to file the foregoing STIPULATION in compliance with Civil Local Rule 5.1, and that concurrence in the filing of this document was obtained from the above signatories to this document.

*/s/ Alan P. Block*
Alan P. Block
