| | |
|---|---|
| **MCKOOL SMITH HENNIGAN, P.C.**<br>RODERICK G. DORMAN (SBN 96908)<br>rdorman@mckoolsmithhennigan.com<br>ALAN P. BLOCK (SBN 143783)<br>ablock@mckoolsmithhennigan.com<br>MARC MORRIS (SBN 183728)<br>mmorris@mckoolsmithhennigan.com<br>300 South Grand Avenue, Suite 2900<br>Los Angeles, California 90071<br>T: (213) 694-1200; F: (213) 694-1234<br><br>**MCKOOL SMITH P.C.**<br>DOUGLAS A. CAWLEY (*admitted pro hac*)<br>dcawley@mckoolsmith.com<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>T: (214) 978-4000; F: (214) 978-4044<br><br>**MCKOOL SMITH P.C.**<br>JOHN B. CAMPBELL (*admitted pro hac vice*)<br>jcampbell@mckoolsmith.com<br>300 W. 6th Street, Suite 1700<br>Austin, Texas 78701<br>T: (512) 692-8700; F: (512) 692-8744<br><br>Attorneys for Plaintiff SPEEDTRACK, INC. | **ARNOLD & PORTER KAYE SCHOLER LLP**<br>MICHAEL A. BERTA (SBN 194650)<br>michael.berta@aporter.com<br>RYAN J. CASAMIQUELA (SBN 228559)<br>ryan.casamiquela@aporter.com<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA 94111-4024<br>Telephone: +1 415.471.3100<br>Facsimile: +1 415.471.3400<br><br>Attorneys for Defendants<br>OFFICEMAX, INC.; B & H FOTO &<br>ELECTRONICS CORP.; EVINE LIVE, INC.;<br>MACY'S, INC.; MACYS.COM, LLC;<br>OVERSTOCK.COM, INC.; AND<br>RECREATIONAL EQUIPMENT, INC.<br><br>*ADDITIONAL COUNSEL LISTED ON*<br>*SIGNATURE PAGE* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SPEEDTRACK, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC.; BARNES & NOBLE BOOKSELLERS, INC.; J & R ELECTRONICS, INC.; DELL, INC.; BEST BUY.COM, LLC; SYSTEMAX, INC.; NA TECH DIRECT, INC.; POCAHONTAS CORP; SYX NORTH AMERICAN TECH HOLDINGS LLC; NA TECH COMPUTER SUPPLIES INC.; OFFICEMAX, INC.; MACY'S, INC.; MACYS.COM, LLC; OVERSTOCK.COM, INC.; RECREATIONAL EQUIPMENT, INC.; EVINE LIVE, INC. (f/k/a VALUE VISION INTERNATIONAL, INC., DBA SHOPNBC.COM); B &H FOTO & ELECTRONICS CORP.; HP INC. (f/k/a HEWLETT-PACKARD COMPANY); RETAIL | Case No. 4:09-cv-04479-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: SECOND AMENDMENT TO PARAGRAPH 7.4(B) OF STIPULATED PROTECTIVE ORDER**<br><br>Date: N/A<br>Time: N/A<br>Place: Hon. Kandis A. Westmore<br>       Courtroom 4, Third Fl. |

| | |
|---|---|
| CONVERGENCE.COM, LP, DBA SMARTBARGAINS.COM, | ) ) ) |
| Defendants. | ) ) ) |

2

Case No. 4:09-CV-04479-JSW   JOINT STIPULATION AND [PROPOSED] ORDER RE: SECOND
AMENDMENT TO PAR. 7.4(B) OF STIPULATED PROTECTIVE ORDER

1     WHEREAS, on April 16, 2018, the Court entered the Parties' Stipulated Protective Order (Dkt. 307).

    WHEREAS, Paragraph 7.4(b), as amended, regarding disclosure of materials designated as "HIGHLY CONFIDENTIAL – SOURCE CODE," provides that only three Experts of a Receiving Party shall have access to materials so designated: "access to Protective Material designated 'HIGHLY CONFIDENTIAL – SOURCE CODE' shall be limited to up to three (3) Experts of the Receiving Party." (Dkt. 307, at 11; Dkt. 321).

    WHEREAS, Plaintiff SpeedTrack, Inc. and Defendants OfficeMax, Inc., Macy's, Inc., Macys.com, LLC, Overstock.com, Inc., Recreational Equipment, Inc., Evine Live, Inc., and B & H Foto & Electronics Corp. agree, and hereby stipulate, that Paragraph 7.4(b) shall be amended to provide that four SpeedTrack Experts shall have access to Protected Material designated "HIGHLY CONFIDENTIAL – SOURCE CODE" by Defendants OfficeMax, Inc., Macy's, Inc., Macys.com, LLC, Overstock.com, Inc., Recreational Equipment, Inc., Evine Live, Inc., and B & H Foto & Electronics Corp. and by third party Adobe Systems, Inc.

    Accordingly, the parties hereby stipulate that Paragraph 7.4 of the Stipulated Protective Order shall be amended to state as follows:

    7.4 Disclosure of "HIGHLY CONFIDENTIAL – SOURCE CODE" Information or Items. Unless otherwise ordered by the court or permitted in writing by the Designating Party, a Receiving Party may disclose any information or item designated "HIGHLY CONFIDENTIAL – SOURCE CODE" only to:

    (a) the Receiving Party's Outside Counsel of Record in this action, as well as employees of said Outside Counsel of Record to whom it is reasonably necessary to disclose the information for this litigation;

    (b) Experts of the Receiving Party (1) to whom disclosure is reasonably necessary for this litigation, (2) who have signed the "Acknowledgment and Agreement to Be Bound" (Exhibit A), and (3) as to whom the procedures set forth in paragraph 7.5(a)(2), below, have been followed; provided that access to Protected Material designated "HIGHLY CONFIDENTIAL – SOURCE CODE" shall be limited to up to three (3) Experts of the Receiving Party, except that four SpeedTrack Experts shall have access to Protected Material designated "HIGHLY CONFIDENTIAL – SOURCE CODE" by Defendants OfficeMax, Inc., Macy's, Inc., Macys.com, LLC, Overstock.com, Inc., Recreational Equipment, Inc., Evine Live, Inc., and B & H Foto & Electronics Corp. and by third party Adobe Systems, Inc;

-1-

Case No. 4:09-CV-04479-JSW      JOINT STIPULATION AND [PROPOSED] ORDER RE: SECOND AMENDMENT TO PAR. 7.4(B) OF STIPULATED PROTECTIVE ORDER

1    (c) the court and its personnel;

2    (d) court reporters and their staff, professional jury or trial consultants, and Professional Vendors to whom disclosure is reasonably necessary for this litigation and who have signed the "Acknowledgment and Agreement to Be Bound" (Exhibit A); and

3    (e) the author or recipient of a document containing the information or a custodian or other person who otherwise possessed or knew the information.

IT IS SO STIPULATED, through Counsel of Record.

Respectfully submitted,

DATED: July 13, 2018                MCKOOL SMITH HENNIGAN P.C.

                                    By    */s/ Alan P. Block*
                                          Alan P. Block

                                    Attorneys for Plaintiff SpeedTrack, Inc.


DATED: July 13, 2018                ARNOLD & PORTER LLP

                                    By    */s/ Michael A. Berta*
                                          Michael A. Berta

                                    Attorneys for Defendants
                                    Officemax, Inc., Macys.Inc., Macys.com, Inc., dba Macys.com, LLC, Overstock.com, Inc., Recreational Equipment, Inc., Valuevision International, dba Evine Live, Inc., formerly dba ShopNBC.com, and B&H Foto & Electronics Corp.

## ORDER

**IT IS ORDERED** that the forgoing Agreement is approved and Paragraph 7.4 of the Stipulated Protective is amended as set forth above.

Dated: 7/18/18

_Kandis Westmore_
United States Magistrate Judge

| | |
|---|---|
| 1 | **ATTESTATION** |
| 2 | I, Alan P. Block, am the ECF User whose identification and password are being used to file |
| 3 | the foregoing STIPULATION in compliance with Civil Local Rule 5.1, and that concurrence in the |
| 4 | filing of this document was obtained from the above signatories to this document. |

*/s/ Alan P. Block*
Alan P. Block