**MCKOOL SMITH HENNIGAN, P.C.**
RODERICK G. DORMAN (SBN 96908)
rdorman@mckoolsmithhennigan.com
ALAN P. BLOCK (SBN 143783)
ablock@mckoolsmithhennigan.com
MARC MORRIS (SBN 183728)
mmorris@mckoolsmithhennigan.com
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
T: (213) 694-1200; F: (213) 694-1234

**MCKOOL SMITH P.C.**
DOUGLAS A. CAWLEY (*admitted pro hac*)
dcawley@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas 75201
T: (214) 978-4000; F: (214) 978-4044

**MCKOOL SMITH P.C.**
JOHN B. CAMPBELL (*admitted pro hac vice*)
jcampbell@mckoolsmith.com
300 W. 6th Street, Suite 1700
Austin, Texas 78701
T: (512) 692-8700; F: (512) 692-8744

Attorneys for Plaintiff SPEEDTRACK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SPEEDTRACK, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AMAZON.COM, INC.; BARNES & NOBLE BOOKSELLERS, INC.; J & R ELECTRONICS, INC.; DELL, INC.; BEST BUY.COM, LLC; SYSTEMAX, INC.; NA TECH DIRECT, INC.; POCAHONTAS CORP; SYX NORTH AMERICAN TECH HOLDINGS LLC; NA TECH COMPUTER SUPPLIES INC.; OFFICEMAX, INC.; MACY'S, INC.; MACYS.COM, LLC; OVERSTOCK.COM, INC.; RECREATIONAL EQUIPMENT, INC.; EVINE LIVE, INC. (f/k/a VALUE VISION INTERNATIONAL, INC., DBA SHOPNBC.COM); B &H FOTO & ELECTRONICS CORP.; HP INC. (f/k/a HEWLETT-PACKARD COMPANY); RETAIL | Case No. 4:09-cv-04479-JSW <br><br> **JOINT STIPULATION BETWEEN PLAINTIFF SPEEDTRACK, INC. AND DEFENDANTS AMAZON.COM, INC., BEST BUY.COM, LLC, AND DELL, INC. RE: WITHDRAWING DR. KELLER AS AN EXPERT DESIGNATED UNDER SECTION 7.4(B) OF THE PROTECTIVE ORDER AND REPLACING HIM WITH DR. WEAVER AS AN EXPERT DESIGNATED UNDER SECTION 7.4(B)** |

Case No. 4:09-CV-04479-JSW     JOINT STIPULATION RE: WITHDRAWING DR. KELLER UNDER SECTION 7.4(B) OF STIPULATED PROTECTIVE ORDER

4840-8532-3697

1   CONVERGENCE.COM, LP, DBA          )
    SMARTBARGAINS.COM,                )
2                                     )
                Defendants.           )
3   _____    )

2

Case No. 4:09-CV-04479-JSW        JOINT STIPULATION RE: WITHDRAWING DR. KELLER UNDER
                                  SECTION 7.4(B) OF STIPULATED PROTECTIVE ORDER
4840-8532-3697

WHEREAS, on April 16, 2018, the Court entered the Parties' Stipulated Protective Order (Dkt. 307).

WHEREAS, on May 29, 2018, the Court entered the Parties' Stipulation to amend Section 7.4(b) of the Protective Order to increase the limit of experts having access to HIGHLY CONFIDENTIAL – SOURCE CODE material from two to three. (Doc. 321).

WHEREAS, SpeedTrack has identified, and Defendants Amazon.com, Inc., Best Buy.com, LLC, and Dell, Inc. ("Defendants") have authorized, three SpeedTrack experts to have access to their Source Code materials pursuant to Section 7.4(b), one of whom is Dr. Arthur Keller.

WHEREAS, SpeedTrack has requested from Defendants that it be permitted to withdraw Dr. Keller as one of its experts having access to Defendants' Source Code materials, and, in his place, permit access to such materials to Dr. Alfred Weaver.

WHEREAS, Defendants agree that SpeedTrack shall be permitted to withdraw Dr. Keller as one of its three experts having access to Defendants' Source Code materials pursuant to Section 7.4(b) and replace him with Dr. Weaver.

Accordingly, the parties, through their respective Counsel hereby agree and stipulate as follows:

Section 7.4(b) of the Protective Order is modified so as permit SpeedTrack to withdraw Dr. Keller as one of its three experts having access to Defendants' material designated HIGHLY CONFIDENTIAL – SOURCE CODE and to permit such access to Dr. Weaver as SpeedTrack's third expert having access to such materials.

SpeedTrack agrees to only share descriptions of Defendants' source code contained in its Amended Infringement Contentions served on Defendants on December 5, 2018 with experts

designated under the limitations of Section 7.4(b) of the Protective Order.

    IT IS SO STIPULATED, through Counsel of Record.

Respectfully submitted,

DATED:  January 15, 2020        MCKOOL SMITH HENNIGAN P.C.

By    */s/ Alan P. Block*
      Alan P. Block

Attorneys for Plaintiff SpeedTrack, Inc.

DATED:  January 15, 2020        SIDLEY AUSTIN LLP

By    */s/ Nathanial Love*
      Nathanial Love

Attorneys for Defendants
Amazon.com, Inc.; Dell Inc., and
BestBuy.com, LLC

**ATTESTATION**

I, Alan P. Block, am the ECF User whose identification and password are being used to file the foregoing STIPULATION in compliance with Civil Local Rule 5.1, and that concurrence in the filing of this document was obtained from the above signatories to this document.

                         */s/ Alan P. Block*
                            Alan P. Block

-3-

Case No. 4:09-CV-04479-JSW  JOINT STIPULATION RE: WITHDRAWING DR. KELLER UNDER SECTION 7.4(B) OF STIPULATED PROTECTIVE ORDER

4840-8532-3697

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 15, 2020 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.  Any other counsel of record will be served by electronic mail, facsimile, U.S. Mail and/or overnight delivery.

      */s/ Yoshie Botta*
      Yoshie Botta

-4-