UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

SPEEDTRACK, INC.,

Plaintiff,

vs.

AMAZON.COM, INC.; BARNES & NOBLE BOOKSELLERS, INC.; J & R ELECTRONICS, INC.; DELL INC.; BESTBUY.COM, LLC; SYSTEMAX, INC.; NA TECH DIRECT, INC.; POCAHONTAS CORP; SYX NORTH AMERICAN TECH HOLDINGS LLC; NA TECH COMPUTER SUPPLIES INC.; OFFICEMAX, INC.; MACY'S, INC.; MACYS.COM, LLC; OVERSTOCK.COM, INC.; RECREATIONAL EQUIPMENT, INC.; EVINE LIVE, INC. (f/k/a VALUE VISION INTERNATIONAL, INC., DBA SHOPNBC.COM); B &H FOTO & ELECTRONICS CORP.; HP INC. (f/k/a HEWLETT-PACKARD COMPANY); RETAIL CONVERGENCE.COM, LP, DBA SMARTBARGAINS.COM,

Defendants.

Case No. 4:09-cv-04479-JSW

**~~[PROPOSED]~~ JUDGMENT OF NON-INFRINGEMENT**

The Court having considered the Parties' Joint Stipulation and [Proposed] Judgment Of Non-Infringement ("Joint Stipulation"), and finding good cause thereon, hereby finds as follows:

1. On November 8, 2019, the Court entered its Claim Construction Order construing "[category descriptions] having no predefined hierarchical relationship" as:

> The category descriptions have no predefined hierarchical relationship. A hierarchical relationship is a relationship that pertains to a hierarchy. A hierarchy is a structure in which components are ranked into levels of subordination; each component has zero, one, or more subordinates; and no component has more than one subordinate

component.

(ECF 383 ("Claim Construction Order") at 5-9.)

2. On January 10, 2020, SpeedTrack sought clarification from the Court regarding its construction of "[category descriptions] having no predefined hierarchical relationship." (ECF 387.)

3. On February 26, 2020, in response to SpeedTrack's motion for clarification, the Court issued an Order modifying its construction of the phrase "[category descriptions] having no predefined hierarchical relationship," and modified it to mean:

> The category descriptions have no predefined hierarchical relationship. A hierarchical relationship is a relationship that pertains to hierarchy. A hierarchy is a structure in which components are ranked into levels of subordination; each component has zero, one, or more subordinates; and no component has more than one superordinate component.
>
> Category descriptions based on predefined hierarchical field-and-value relationships are disclaimed. "Predefined" means that a field is defined as a first step and a value associated with data files is entered into the field as a second step. "Hierarchical relationship" has the meaning stated above. A field and value are ranked into levels of subordination if the field is a higher-order description that restricts the possible meaning of the value, such that the value must refer to the field. To be hierarchical, each field must have zero, one, or more associated values, and each value must have at most one associated field.

(ECF 412 at 12.)

4. The Court further stated that "[a]s used in the construction, the terms 'field' and 'value' mean nothing more complicated than 'a category' and 'an example of that category' (e.g., 'language' and 'French')." (ECF 412 at 12:1-3).

5. In view of the Court's modified construction of the phrase "[category descriptions] having no predefined hierarchical relationship" and Plaintiff's determination thereon as set forth in the Parties' Joint Stipulation, none of Defendants' accused products or services infringe, either literally or under the doctrine of equivalents, any claim of the '360 Patent as Defendants' accused products and services use field-and-value relationships, as those terms are used in the Court's modified construction.

6. Accordingly, for the reasons set forth above in Paragraph 5, Defendants' accused

products and services do not infringe, literally or under the doctrine of equivalents, any claim of US Patent 5,544,360 under the Court's modified construction of the phrase "[category descriptions] having no predefined hierarchical relationship."

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

JUDGMENT of non-infringement of United States Patent No. 5,544,360 is entered in favor of Defendants for the reason that Defendants' accused products and services do not infringe, literally or under the doctrine of equivalents, any claims of US Patent 5,544,360 under the Court's modified construction of the phrase "[category descriptions] having no predefined hierarchical relationship."

Final judgment is hereby entered in favor of Defendants and against Plaintiff on Plaintiff's claims for infringement of the '360 Patent.

The Clerk is directed to enter this final judgment.

IT IS SO ORDERED.

Date: March 6, 2020

Jeffrey S White
United States District Judge